| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>DAVID M. HOPKINS<br>BENESCH, FRIEDLANDER<br>127 PUBLIC SQUARE SUITE 4900 SUITE 4900 CLEVELAND, OH 44114<br>TELEPHONE NO.: (216) 363-4500 | FAX NO. | E-MAIL ADDRESS *(Optional)*: dhopkins@beneschlaw.com<br>ATTORNEY FOR *(Name)*: : | FOR COURT USE ONLY |

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , CA
BRANCH NAME:

Hearing Date:    Room:
Hearing Time:    Dept:

PLAINTIFF: MICHAEL RADICE

DEFENDANT: JERUSALEM BOXING CLUB, LLC; ET. AL.

CASE NUMBER: **4:25-cv-02060-DMR**

# PROOF OF SERVICE

Ref. No. or File No.: **7343736**

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION; COMPLAINT; FIRST AMENDED COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION x2; PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; CERTIFICATE OF SERVICE; STANDING ORDER FOR MAGISTRATE JUDGE DONNA M. RYU; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE x7; CERTIFICATE OF GOOD STANDING x2; NOTICE OF APPEARANCE NOTIFICATIONS; CASE ASSIGNMENT NOTIFICATION;**

**PARTY SERVED:** **NATIVE GROUNDS, INC. c/o ABDULRAHAM HARARA**

**DATE & TIME OF DELIVERY:** **5/1/2025 12:46 PM**

**ADDRESS, CITY, AND STATE:** **5433 Telegraph Ave Oakland, CA 94609**

**PHYSICAL DESCRIPTION:**
- **Age:** 47
- **Sex:** Male
- **Weight:** 240
- **Height:**
- **Hair:** BROWN
- **Race:** MIDDLE EASTERN

**MANNER OF SERVICE:**
**Personal Service - By personally delivering copies.**

Fee for Service:
County: ALAMEDA
Registration No.: 1648
County: ALAMEDA
VERITEXT
633 EAST COLONIAL DRIVE
ORLANDO, FL 32803
(800) 275-7991
Ref: 7343736

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on May 2, 2025.



Signature: _____

MOISES ALTUNAR-HERNANDEZ

**PROOF OF SERVICE**

Order#: 245704/General