POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>David M. HOPKINS (Pro Hac Vice Forthcoming)<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>127 Public Square, Suite 4900   Cleveland, OH 44114<br>TELEPHONE NO.: (216) 363-4500 \| FAX NO. \| E-MAIL ADDRESS *(Optional):* dhopkins@beneschlaw.com<br>ATTORNEY FOR *(Name):* Plaintiff: MICHAEL RADICE | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , CA
BRANCH NAME:

| PLAINTIFF: MICHAEL RADICE | CASE NUMBER: |
|---|---|
| DEFENDANT: JERUSALEM BOXING CLUB, LLC; ET AL. | 4:25-cv-02060-DMR |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: 7343751 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other  FIRST AMENDED COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION X2; PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; STANDING ORDER FOR MAGISTRATE JUDGE DONNA M. RYU; STANDING ORDER FOR ALL JUDGES; APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE X7; NOTICE OF APPEARANCE NOTIFICATIONS; CASE ASSIGNMENT NOTIFICATION;
3. a. Party served *(specify name of party as shown on documents served)*:
   **ABDULRAHIM HARARA**
   Age: 47        Weight: 240        Hair: BROWN        Sex: Male
   Height:        Eyes: GRAY         Race: MIDDLE EASTERN
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served: **5443 Telegraph Ave**
   **Oakland, CA 94609**
5. I served the party
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **5/1/2025**   (2) at *(time):* **12:46 PM**
   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*           **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/245706

| PETITIONER: MICHAEL RADIGE | CASE NUMBER: |
|---|---|
| RESPONDENT: JERUSALEM BOXING CLUB, LLC; ET AL. | 4:25-cv-02060-DMR |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*　　　　　　　　　　　　　(2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☑ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)　　　　　　　　　　☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)　　　　　　☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)　☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)　　　☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)　　　　　　　　　☐ 415.46 (occupant)
    　　　　　　　　　　　　　　　　　　　　☐ other:

7. **Person who served papers**
  a. Name: **MOISES ALTUNAR-HERNANDEZ - VERITEXT**
  b. Address: **633 EAST COLONIAL DRIVE ORLANDO, FL 32803**
  c. Telephone number: **(800) 275-7991**
  d. The fee for service was:
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
      (i) ☐ owner　　☐ employee　　☑ independent contractor.
      (ii) Registration No.: **1648**
      (iii) County: **ALAMEDA**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **5/2/2025**

**VERITEXT**
**633 EAST COLONIAL DRIVE**
**ORLANDO, FL 32803 | (800) 275-7991**

**MOISES ALTUNAR-HERNANDEZ**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)　　　　　▶　　　　　(SIGNATURE)