POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>David M. HOPKINS (Pro Hac Vice Forthcoming)<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>127 Public Square, Suite 4900   Cleveland, OH 44114<br>TELEPHONE NO.: (216) 363-4500 | FAX NO. | E-MAIL ADDRESS *(Optional):* dhopkins@beneschlaw.com<br>ATTORNEY FOR *(Name):* Plaintiff: MICHAEL RADICE | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , CA
BRANCH NAME:

| PLAINTIFF: MICHAEL RADICE | CASE NUMBER: |
|---|---|
| DEFENDANT: JERUSALEM BOXING CLUB, LLC; ET AL. | 4:25-cv-02060-DMR |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: 7343714 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other  **FIRST AMENDED COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION X2; PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; STANDING ORDER FOR MAGISTRATE JUDGE DONNA M. RYU; STANDING ORDER FOR ALL JUDGES; APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE X7; NOTICE OF APPEARANCE NOTIFICATIONS; CASE ASSIGNMENT NOTIFICATION;**

3. a. Party served *(specify name of party as shown on documents served):*
   **JERUSALEM BOXING CLUB LLC**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

**ANGIE R. - DID NOT STATE FULL LAST NAME FOR RECORD - EMPLOYEE AUTHORIZED TO ACCEPT SERVICE - UNITED STATES CORPORATION AGENTS, INC. - AUTHORIZED AGENT FOR SERVICE OF PROCESS**

Age: 35      Weight: 160      Hair: Black      Sex: Female
Height: 5'5  Eyes:            Race: Hispanic

4. Address where the party was served: **500 N Brand Blvd Ste 890
   Glendale, CA 91203**

5. I served the party
   a. ☑ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **4/29/2025**    (2) at *(time):* **2:13 PM**

   b. ☐ **by substituted service.** On *(date):*  at *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):*  from *(city):*      or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/245703

| PETITIONER: MICHAEL RADIGE | CASE NUMBER: |
|---|---|
| RESPONDENT: JERUSALEM BOXING CLUB, LLC; ET AL. | 4:25-cv-02060-DMR |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date):*                         (2) from *(city):*

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* **JERUSALEM BOXING CLUB LLC**
      under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)                  ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                    ☐ 415.46 (occupant)
                                                    ☑ other: **17701.016**

7. **Person who served papers**
   a. Name: **ERIC WILKINS - VERITEXT**
   b. Address: **633 EAST COLONIAL DRIVE  ORLANDO, FL 32803**
   c. Telephone number: **(800) 275-7991**
   d. The fee for service was:
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner    ☐ employee    ☑ independent contractor.
        (ii) Registration No.: **2012208220**
        (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

   Date: **4/30/2025**

**VERITEXT**
**633 EAST COLONIAL DRIVE**
**ORLANDO, FL 32803  | (800) 275-7991**

_____  ▶  */s/ E. Wilkins*
**ERIC WILKINS**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)