Glenn Katon SBN 281841
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

ATTORNEY FOR DEFENDANTS JERUSALEM BOXING CLUB, LLC, NATIVE GROUNDS, INC., and ABDULRAHIM HARARA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MICHAEL RADICE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JERUSALEM BOXING CLUB, LLC;<br>NATIVE GROUNDS, INC.;<br>ABDULRAHIM HARARA; DOES 1–20,<br><br>　　　　　　Defendants. | Case No.  4:25-cv-02060-DMR<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME PURSUANT TO LOCAL RULE 6-2 AND ORDER (AS MODIFIED)** |

　　　　The parties stipulate to the following request for extension of time, pursuant to Local Rule 6-2, for: (1) Defendants to respond to the First Amended Complaint, (2) the parties to file their Joint Case Management Statement, and (3) the Court's Initial Case Management Conference. This request is made based upon the following:

　　　　1.　　Plaintiff served defendant Jerusalem Boxing Club, LLC with process on April 29, 2025, making its response to the complaint due May 20, 2025. ECF 23.

　　　　2.　　Plaintiff served defendants Native Grounds, Inc. and Abdulrahim Harara on May 1, 2025, making their responses due May 22, 2025. ECF 21, 22.

　　　　3.　　As a practical matter, the deadline for all three defendants to respond is May 20,

2025, since they will respond jointly. Katon Decl. ¶ 1.

4. The Court has scheduled the Initial Case Management Conference in this case for June 4, 2025, with the Joint Case Management Statement due May 28, 2025. ECF 3.

5. Defendants retained counsel Glenn Katon on May 6, 2025. Katon Decl. ¶ 2.

6. Katon is scheduled to begin a jury trial on May 19, 2025 in San Mateo County Superior Court (Case No. 20-CIV-05420). *Id*. ¶ 3. The case is expected to last at least two weeks, not including jury deliberations. *Id*. ¶ 4. Opposing counsel in that case submitted an ex parte application to add a new expert on May 13, 2025, which will require the preparation of an opposition and in-person appearance in San Mateo on May 15, 2025. *Id*. ¶ 5.

7. Katon cannot review the detailed 115-paragraph complaint with his clients in this case and respond by May 20, continue to prepare for trial in San Mateo County on Monday and an ex parte hearing tomorrow, and prepare the Joint Case Management Statement in this case by May 28, 2025, while giving proper attention to all those matters. *Id*. ¶ 6. There is also a reasonable chance that Katon's trial will still be in progress on June 4, the date of the Initial Case Management Conference in this case. *Id*. ¶ 4.

8. Plaintiff in this case has graciously agreed to a 30-day extension of time for Defendants to respond to his complaint, until June 19, 2025.

9. The parties respectfully request that the Court continue the Initial Case Management Conference until no sooner than July 3, 2025, with the Joint Case Management Statement due one week before the date of the conference.

10. There have been no previous time modifications in the case, whether by stipulation or Court order.

11. The parties do not believe the requested time modification will affect the schedule for the case beyond actual time requested.

Respectfully submitted,

| | |
|---|---|
| /s/ Michael D. Meuti | /s/ Glenn Katon |
| Michael D. Meuti | Glenn Katon |
| ATTORNEY FOR PLAINTIFF MICHAEL RADICE | ATTORNEY FOR DEFENDANTS JERUSALEM BOXING CLUB, LLC, NATIVE GROUNDS, INC., and ABDULRAHIM HARARA |

## ORDER AS MODIFIED

The Court GRANTS the parties stipulated request and ORDERS that Defendants response to the First Amended Complaint is due June 19, 2025, the Initial Case Management Conference is continued to August 20, 2025 at 1:30 p.m. in Oakland, via Videoconference Only, and the Joint Case Management Statement is due by August 13, 2025.

All counsel and parties may access the webinar information (public hearings) at https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.

It is SO ORDERED on May 15, 2025.

IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu

_____
HON. DONNA M. RYU
CHIEF MAGISTRATE JUDGE