UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RADICE,<br><br>    Plaintiff,<br><br>    v.<br><br>JERUSALEM BOXING CLUB, LLC, et al.,<br><br>    Defendants. | Case No. 25-cv-02060-SI<br><br>**ORDER RE: UNITED STATES' RESPONSE TO RELATED CASE MOTION** |

Defendants have filed an administrative motion to consider whether this case is related to Case No. 4:25-cv-4849-JST, *United States v. Harara*. Dkt. No. 38. Plaintiff in this case has filed a response to the related case motion. Dkt. No. 39. However, plaintiff in the later-filed case, the United States, has not weighed in on the related case motion, and the docket sheet does not indicate whether defendants served the United States with a copy of the motion. *See* Civ. L.R. 3-12(b) (party filing administrative motion to consider whether cases should be related shall serve a copy of the motion on all known parties to each apparently related action).

**Defendants shall serve on the United States a copy of this order and a copy of the original related case motion no later than July 16, 2025. Any response from the United States weighing in on the related case motion shall be filed no later than July 18, 2025.**

**IT IS SO ORDERED**.

Dated: July 15, 2025

_____
SUSAN ILLSTON
United States District Judge