1  Glenn Katon (SBN 281841)
   KATON.LAW
2  385 Grand Avenue, Suite 200
   Oakland, CA 94610
3  gkaton@katon.law
   (510) 463-3350
4  (510) 463-3349 (fax)

5  ATTORNEY FOR DEFENDANTS JERUSALEM
   BOXING CLUB, LLC, NATIVE GROUNDS, INC.,
6  and ABDULRAHIM HARARA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| MICHAEL RADICE, | Case No. 3:25-cv-02060-SI |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| JERUSALEM BOXING CLUB, LLC; NATIVE GROUNDS, INC.; ABDULRAHIM HARARA; DOES 1–20, | |
| Defendants. | |

Pursuant to the Court's Order Re: United States' Response To Related Case Motion (ECF 40), the Administrative Motion to Consider Whether Cases Should be Related filed in this case (ECF 38) was served by email on Max Lapertosa (Max.Lapertosa@usdoj.gov), counsel for the United States in *United States v. Harara*, Case No. 4:25-cv-4849-JST, on July 15, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 15, 2025.

/s/ Glenn Katon
Glenn Katon

ATTORNEY FOR DEFENDANTS JERUSALEM BOXING CLUB, LLC, NATIVE GROUNDS, INC., and ABDULRAHIM HARARA