1  Glenn Katon (SBN 281841)
   KATON.LAW
2  385 Grand Avenue, Suite 200
   Oakland, CA 94610
3  gkaton@katon.law
   (510) 463-3350
4  (510) 463-3349 (fax)

5  ATTORNEY FOR DEFENDANTS JERUSALEM
   BOXING CLUB, LLC, NATIVE GROUNDS, INC.,
6  and ABDULRAHIM HARARA

7

8

9                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
10                     SAN FRANCISCO DIVISION

11

12  MICHAEL RADICE,                          Case No.  3:25-cv-02060-SI

                 Plaintiff,
13
                                             **STIPULATED MOTION TO
14          v.                               CONSOLIDATE CASES AND PROPOSED
                                             ORDER**
15  JERUSALEM BOXING CLUB, LLC;
    NATIVE GROUNDS, INC.;
    ABDULRAHIM HARARA; DOES 1–20,
16
                 Defendants.
17

18

19          Pursuant to Federal Rule of Civil Procedure 42, the parties to the above-captioned case, as

20  well as those in *United States v. Harara, et al.*, Case No. 3:25-cv-04849-SK, stipulate to the

21  consolidation of those two cases.  The parties agree that both cases involve a common question of

22  law or fact, that consolidation will result in savings of time and effort, and that consolidation is

23  unlikely to result in inconvenience, delay, confusion, or prejudice to any party.  *See Borodaenko*

24  *v. Twitter, Inc.*, No. 22-cv-7226-AMO, 2023 WL 5239655, at *3 (N.D. Cal. Aug. 15, 2023).

25          Accordingly, the parties stipulate to consolidating the cases as follows:

26          1.  Radice and the United States (collectively, "Plaintiffs") will coordinate to streamline

27              discovery and to prevent unnecessary duplication of efforts.

28          2.  Consolidation will not decrease the number of written discovery requests or

STIPULATED MOTION TO CONSOLIDATE CASES Case No. 3:25-cv-02060-SI        Page 1

27276536 v1

1    depositions available to either Plaintiff.

2    3. Plaintiffs will avoid noticing duplicative depositions of the same witness.

3    4. The seven-hour limit to depositions will be relaxed.

4    5. When motion practice is necessary, Plaintiffs will be entitled to file separate motions

5    and responses.

6    6. Consolidation will cause no delay in proceedings for the *Radice* case.

7    7. The Court will conduct the Case Management Conference for both cases on Friday,

8    August 22, 2025, at 2:30 pm by "Public Hearing" Zoom webinar, consistent with

9    Docket Entry 33.

10

11

12    Respectfully submitted,

13

14    /s/ Michael D. Meuti                        /s/ Max Lapertosa
      Michael D. Meuti                            Max Lapertosa

15
      ATTORNEY FOR MICHAEL RADICE                 ATTORNEY FOR THE UNITED STATES
16                                                 OF AMERICA

17    /s/ Glenn Katon
      Glenn Katon

18    ATTORNEY FOR DEFENDANTS
      JERUSALEM BOXING CLUB, LLC
19    NATIVE GROUNDS, INC., and
      ABDULRAHIM HARARA
20

21

22

23

24

25

26

27

28

STIPULATED MOTION TO CONSOLIDATE CASES Case No. 3:25-cv-02060-SI        Page 2

27276536 v1

1

**ORDER**

2      The Court GRANTS the parties' Stipulated Motion to Consolidate Cases such that Case

3    Nos. 3:25-cv-02060-SI and 3:25-cv-04849-SK are hereby consolidated. The parties shall caption

4    filings in these cases pursuant to Local Rule 3-4(b) going forward.

5      It is SO ORDERED on July _____, 2025.

6

7

8                                      _____

9                                      HON. SUSAN ILLSTON
                                       UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION TO CONSOLIDATE CASES Case No. 3:25-cv-02060-SI        Page 3

27276536 v1