UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** August 22, 2025 | **Time:** 3:05 – 3:20<br>15 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 25-cv-02060-SI | **Case Name:** Michael Radice v. Jerusalem Boxing Club, LLC, et al. | |
| **Case No.**: 25-cv-04849-SI | **Case Name:** USA v. Harara, et al. | |

**Attorney for Plaintiff:** Corena Larimer, Brendan Hogan (Anti Def), David Hopkins, Michael Meuti (Radice); AUSA Charlotte Lanvers
**Attorney for Defendant:** Glenn Katon (Jerusalem, Harara, Native Grounds)

**Deputy Clerk:** Esther Chung              **Court Reporter:** Zoom Recording

## PROCEEDINGS

Initial Case Management Conference – Held via Zoom webinar

## SUMMARY

The Court set a pretrial schedule for both cases. A separate pretrial scheduling order to be issued. The Court noted that the *USA* case had a pending Motion to Dismiss which will be heard at a later date. The Court indicated that it would not be consolidating the case but instead coordinating the schedules. The Jury trial in *Radice* will be held first, then the equitable issues trial will be heard after. The Government's participation in the Jury trial will be discussed closer to the Jury trial date.

CASE CONTINUED:  11/14/2025 at 3:00 PM for Further Case Management Conference