UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RADICE,<br><br>    Plaintiffs,<br><br>v.<br><br>JERUSALEM BOXING CLUB, LLC, et al.,<br><br>    Defendants. | Case No. 25-cv-02060-SI<br>        25-cv-04849-SI<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FATHI ABDULRAHIM HARARA, et al.,<br><br>    Defendants. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 11/14/2025 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  9/19/2025

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

DESIGNATION OF EXPERTS: 12/15/25; REBUTTAL: 1/15/26;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 1/30/26.

NON-EXPERT DISCOVERY CUTOFF is: 2/28/2026.

DISPOSITIVE MOTIONS **SHALL** be filed by; 3/31/2026
    Opp. Due: 4/21/2026; Reply Due: 5/5/2026;
    and set for hearing no later than 5/22/2026 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  6/30/2026
PRETRIAL CONFERENCE DATE: 7/7/2026 at 1:30 PM.

JURY TRIAL DATE: 7/20/2026 at 9:00 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 4 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: August 26, 2025

_____
SUSAN ILLSTON
United States District Judge