Michael D. Meuti (CA 227939)
BENESCH, FRIEDLANDER,
   COPLAN & ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
mmeuti@beneschlaw.com

David M. Hopkins (*Admitted Pro Hac Vice*)
BENESCH, FRIEDLANDER,
   COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
dhopkins@beneschlaw.com

Corena G. Larimer (CA 277188)
ANTI-DEFAMATION LEAGUE
40 Court Street, Suite #12
Boston, MA 02108
Telephone: 212.885.7700
clarimer@adl.org

James Pasch (*Admitted Pro Hac Vice*)
Brendan Hogan (*Admitted Pro Hac Vice*)
ANTI-DEFAMATION LEAGUE
605 Third Avenue
New York, NY 10158
Telephone: 212.885.7700
jpasch@adl.org
bhogan@adl.org

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| MICHAEL RADICE | Case No. 25-cv-02060-SI |
| Plaintiff, | |
| vs. | Judge Susan Illston |
| JERUSALEM BOXING CLUB, LLC; NATIVE GROUNDS, INC.; ABDULRAHIM HARARA; DOES 1–20 | |
| Defendants. | |

### NOTICE OF SERVICE OF SUBPOENA

The undersigned hereby certifies that a copy of the attached subpoena was caused to be served on September 17, 2025, upon the following, and that copies of the instant Notice will be served on all counsel

1

of record by operation of the Court's ECF filing system:

| Spitzer Telegraph LLC<br>c/o Mike Laurenson<br>(dba East Bay Community Space)<br>2157 Vine St.<br>Berkeley, CA 94709 | VIA ELECTRONIC MAIL ACCEPTED BY COUNSEL FOR THE SUBPOENAED PARTY |
|---|---|

Dated: September 17, 2025

Respectfully submitted,

/s/ Michael D. Meuti
Michael D. Meuti (CA 227939)
BENESCH, FRIEDLANDER,
   COPLAN & ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:    628.600.2250
mmeuti@beneschlaw.com

David M. Hopkins (*Admitted Pro Hac Vice*)
BENESCH, FRIEDLANDER,
   COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone:    216.363.4500
dhopkins@beneschlaw.com

Corena G. Larimer (CA 277188)
ANTI-DEFAMATION LEAGUE
40 Court Street, Suite #12
Boston, MA 02108
Telephone: 212.885.7700
clarimer@adl.org

James Pasch (*Admitted Pro Hac Vice*)
Brendan Hogan (*Admitted Pro Hac Vice*)
ANTI-DEFAMATION LEAGUE
605 Third Avenue
New York, NY 10158
Telephone: 212.885.7700
jpasch@adl.org
bhogan@adl.org

*Attorneys for Plaintiff Michael Radice*