| | |
|---|---|
| Michael D. Meuti (CA 227939)<br>BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP<br>100 Pine Street, Suite 3100<br>San Francisco, California 94111<br>Telephone: 628.600.2250<br>mmeuti@beneschlaw.com | Glenn Katon (CA 281841)<br>KATON.LAW<br>385 Grand Ave., Suite 200<br>Oakland, CA 94610<br>Telephone: (510) 463-3350<br>gkaton@katon.law<br>*Attorney for Defendants* |

David M. Hopkins (*Admitted Pro Hac Vice*)
BENESCH, FRIEDLANDER,
    COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
dhopkins@beneschlaw.com

Corena G. Larimer (CA 277188)
ANTI-DEFAMATION LEAGUE
40 Court Street, Suite #12
Boston, MA 02108
Telephone: 212.885.7700
clarimer@adl.org

James Pasch (*Admitted Pro Hac Vice*)
Brendan Hogan (*Admitted Pro Hac Vice*)
ANTI-DEFAMATION LEAGUE
605 Third Avenue
New York, NY 10158
Telephone: 212.885.7700
jpasch@adl.org
bhogan@adl.org

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL RADICE<br><br>    Plaintiff,<br><br>vs.<br><br>JERUSALEM BOXING CLUB, LLC; NATIVE GROUNDS, INC.; ABDULRAHIM HARARA; DOES 1–20<br><br>    Defendants. | Case No. 4:25-cv-02060-SI<br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER** |

The parties to the above-entitled action stipulate and request to continue the Case Management Conference currently scheduled for November 14, 2025, at 3:00 p.m. until December 2025, so that the CMC can include counsel in the case *United States v. Harara*, Case No. 25-cv-04849-SI, which has been stayed until no later than December 1, 2025. *See* ECF 33 in *Harara* case. ("The parties therefore request a stay of this case for either: 30 days or when Congress has restored appropriations to the Department of Justice and the government shutdown ends, whichever occurs first."). The Court has ordered the *Radice* and *Harara* cases "coordinated," and the parties believe a joint CMC for both cases in December 2025 promotes judicial economy and "will cause no delay in proceedings for the *Radice* case." *See* ECF 51 in *Radice* case.

Accordingly, the parties request that the Court enter the proposed Order below continuing the CMC.

Respectfully submitted,

/s/ David M. Hopkins                                    /s/ Glenn Katon
David M. Hopkins                                         Glenn Katon

COUNSEL FOR PLAINTIFF                      COUNSEL FOR DEFENDANTS

## [Proposed] ORDER

The parties' stipulation is accepted by the Court and the Case Management Conference currently scheduled for November 14, 2025, at 3:00 p.m. is hereby continued until December ___, at 3:00 p.m. The parties shall file a CMC statement seven days before the CMC.

IT IS SO ORDERED on November ___, 2025.

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE