| | |
|---|---|
| Michael D. Meuti (CA 227939) | Glenn Katon (CA 281841) |
| James E. Thompson (CA 240979) | KATON.LAW |
| BENESCH, FRIEDLANDER, | 385 Grand Avenue, Suite 200 |
| COPLAN & ARONOFF LLP | Oakland, CA 94610 |
| 100 Pine Street, Suite 3100 | Telephone: (510) 463-3350 |
| San Francisco, California 94111 | gkaton@katon.law |
| Telephone: 628.600.2250 | *Attorney for Defendants* |
| mmeuti@beneschlaw.com | |

David M. Hopkins (*Admitted Pro Hac Vice*)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
dhopkins@beneschlaw.com

Corena G. Larimer (CA 277188)
ANTI-DEFAMATION LEAGUE
40 Court Street, Suite #12
Boston, MA 02108
Telephone: 212.885.7700
clarimer@adl.org

James Pasch (*Admitted Pro Hac Vice*)
Brendan Hogan (*Admitted Pro Hac Vice*)
ANTI-DEFAMATION LEAGUE
605 Third Avenue
New York, NY 10158
Telephone: 212.885.7700
jpasch@adl.org
bhogan@adl.org

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Radice | CASE NO. 3:25-cv-02060-SI |
| Plaintiff, | Coordinated with |
| v. | CASE NO. 3:25-CV-04849-SI |
| JERUSALEM BOXING CLUB, LLC; NATIVE GROUNDS, INC.; ABDULRAHIM HARARA; DOES 1–20 | **JOINT STIPULATION AND [PROPOSED] AMENDMENT TO CASE MANAGEMENT ORDER** |
| Defendants. | |

JOINT STIPULATION AND [PROPOSED] AMENDMENT TO CASE MANAGEMENT ORDER
CASE NO. 3:25-CV-02060 & 3:25-CV-04849

1

|   | |
|---|---|
| United States of America, | |
|     Plaintiff, | |
| v. | |
| FATHI ABDULRAHIM HARARA and NATIVE GROUNDS, LLC, d/b/a JERUSALEM COFFEE HOUSE, | |
|     Defendants. | |

The parties in these coordinated cases stipulate to and hereby request an amendment of the current discovery deadlines. The parties continue to engage in discovery and are currently discussing disputes over Defendants' document production and written discovery responses. The parties are attempting to resolve these discovery disputes before seeking the Court's involvement, and the additional time needed for Defendants' productions and subsequent discussions on deficiencies have caused delays in the discovery calendar.

Because of these delays, the parties stipulate to and propose an extension to the current discovery deadlines and to allow full discovery to take place in these coordinated cases. This extension would be the first extension of the close of discovery and the second extension of the expert disclosure and rebuttal disclosure deadlines, which the Court previously extended by approximately one month as a result of the federal government shutdown. *Radice v. Jerusalem Boxing Club, LLC et al.*, Case No. 3:25-cv-02060, *Dkt.* 59; *United States v. Harara et al.*, Case No. 3:25-cv-04849, *Dkt.* 42.

Counsel for Plaintiff Michael Radice and the United States conferred with Defendants' counsel, and the parties have stipulated to the following proposed schedule:

| Event | Current Date | Proposed Date |
|---|---|---|
| Expert Disclosures | January 15, 2026 | February 27, 2026 |
| Expert Rebuttal Disclosures | February 16, 2026 | March 31, 2026 |
| Close of Discovery | February 28, 2026 | April 30, 2026 |

JOINT STIPULATION AND [PROPOSED] AMENDMENT TO CASE MANAGEMENT ORDER
CASE NO. 3:25-CV-02060 & 3:25-CV-04849

The parties are prepared to discuss corresponding changes to the remaining deadlines in the scheduling order at the Case Management Conference scheduled for February 06, 2026, should the Court grant the [Proposed] Amendment to the Case Management Order.

This joint stipulation to amend the case management order is not made for the purpose of harassment, undue delay, or any other improper purpose.

DATED: January 13, 2026

*/s/ Michael Dominic Meuti*
MICHAEL DOMINIC MEUTI (CA 227939)
*Counsel for Plaintiff Michael Radice*

\*\*\*

*/s/ Glenn Katon (per email consent)*
GLENN KATON (CA 281841)
*Counsel for Defendants*

JOINT STIPULATION AND [PROPOSED] AMENDMENT TO CASE MANAGEMENT ORDER
CASE NO. 3:25-CV-02060 & 3:25-CV-04849