KATON.LAW
385 Grand Avenue
Suite 200
Oakland, CA 94610
(510) 463-3350

Email: gkaton@katon.law

February 13, 2026

Hon. Susan Illston
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *Radice v. Jerusalem Boxing Club, LLC*, Case No. 3:25-cv-02060-SI

Dear Judge Illston:

      In response to Plaintiff's Statement Concerning Discovery Dispute (ECF 68), Defendants take the position that Mr. Harara, who is a practicing Muslim, has a right to not be deposed during Ramadan, which is the holiest month in Islam. Defendants further assert a right not to produce additional texts to protect the privacy of Mr. Harara's communications and the people with whom he has communicated. Finally, Defendants assert a right to not produce financial information.

      Respectfully submitted,

      Glenn Katon[1]

---

[1] *Cf. Anders v. California*, 386 U.S. 738 (1967)