UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** February 13, 2026 | **Time:** 3:12 – 3:25 13 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 25-cv-02060-SI | **Case Name:** Michael Radice v. Jerusalem Boxing Club, LLC, et al. | |
| **Case No.:** 25-cv-04849-SI | **Case Name:** USA v. Harara, et al. | |

**Attorney for Plaintiff:** Corena Larimer, Brendan Hogan (Anti Def), David Hopkins, Michael Meuti (Radice); Mazen Basrawi
**Attorney for Defendant:** Glenn Katon (Jerusalem, Harara, Native Grounds)

**Deputy Clerk:** Esther Chung          **Court Reporter:** Zoom Recording

## PROCEEDINGS

Further Case Management Conference – Held via Zoom webinar

## SUMMARY

Glenn Katon notified the Court that all counsel currently representing Defendants in both cases will be filing a Motion to withdraw as counsel. The Court continued the Case Management Conference and set the following briefing schedule:

Motion to Withdraw due: **2/16/2026**
Any Responses are due: **2/23/2026**
**Expert Designation Continued to: 3/13/2026.**

**The Motion will be discussed at the CMC.**

CASE CONTINUED: 2/27/2026 at 3:00 PM for Further Case Management Conference