Glenn Katon (SBN 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

ATTORNEY FOR DEFENDANTS JERUSALEM
BOXING CLUB, LLC, NATIVE GROUNDS, INC.,
and ABDULRAHIM HARARA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL RADICE,<br><br>Plaintiff,<br><br>v.<br><br>JERUSALEM BOXING CLUB, LLC;<br>NATIVE GROUNDS, INC.;<br>ABDULRAHIM HARARA; DOES 1–20,<br><br>Defendants. | Case No. 3:25-cv-02060-SI<br><br>**GLENN KATON'S ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |

Glenn Katon, counsel for Defendants, files this administrative motion to withdraw based upon Local Rules 7-11 and 11-5, according to the following:

There has been a severe breakdown in the attorney-client relationship between Defendants and counsel Katon. Katon Decl. ¶ 2. There has also been a material breach of the attorney-client retention agreement. *Id.* ¶ 3. As a result, counsel believes it would be impossible to continue to represent Defendants effectively. *Id.* ¶ 4. Counsel and Mr. Harara, who controls Jerusalem Boxing Club, LLC and Native Grounds, Inc., have agreed that is it best for counsel to withdraw. *Id.* ¶ 5.

During the February 13, 2026 Case Management Conference, counsel for Plaintiff

claimed to be concerned about spoliation of evidence and other improper discovery conduct if counsel Katon withdraws. In undersigned counsel's experience representing Defendants, such purported concern is completely baseless. Counsel Katon is not aware of any destruction of evidence by Defendants in this case. *Id*. ¶ 6. Counsel Katon investigated the only accusation of spoliation made by Plaintiff, which was that Defendants deleted a re-tweet of someone else's post on X, formerly known as Twitter. As best as counsel could discern based on the chronology of posts, that re-tweet of another person's post Plaintiff identified was never deleted. Regardless, even if discovery misconduct were a genuine concern, keeping counsel in the case against his will and that of his clients as a de facto special master would not be a proper solution.

For the forgoing reasons, counsel Katon's Motion to Withdraw should be granted.

Respectfully submitted,

KATON.LAW

/s/ Glenn Katon
Glenn Katon

CERTIFICATE OF SERVICE

On February 16, 2026, I served Defendants at the email address for Abdulrahim Harara, who is an individual defendant and the sole owner of co-defendants Jerusalem Boxing Club, LLC and Native Grounds, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 16, 2026.

/s/ Glenn Katon
Glenn Katon