Glenn Katon (SBN 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

ATTORNEY FOR DEFENDANTS JERUSALEM BOXING CLUB, LLC, NATIVE GROUNDS, INC., and ABDULRAHIM HARARA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL RADICE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JERUSALEM BOXING CLUB, LLC;<br>NATIVE GROUNDS, INC.;<br>ABDULRAHIM HARARA; DOES 1–20,<br><br>　　　　　Defendants. | Case No.  3:25-cv-02060-SI<br><br>**DECLARATION OF GLENN KATON IN SUPPORT OF ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |

　　　I, Glenn Katon, declare as follows:

　　　1.　　I am counsel for defendants Jerusalem Boxing Club, LLC, Native Grounds, Inc., and Abdulrahim Harara in the above-named case.

　　　2.　　There has been a severe breakdown in the attorney-client relationship between Defendants and me.

　　　3.　　There has also been a material breach of the attorney-client retention agreement.

　　　4.　　As a result of the foregoing, counsel believes it would be impossible to continue to represent Defendants effectively.

　　　5.　　Counsel and Mr. Harara, who controls Jerusalem Boxing Club, LLC and Native

Grounds, Inc., have agreed that is it best for counsel to withdraw.

6. I am not aware of any destruction of evidence by Defendants in this case.

7. During the meet-and-confer process in discovery Plaintiff accused Defendants of deleting a re-tweet of someone else's post on X, formerly known as Twitter. I investigated this accusation and, as best as I could discern based on the chronology of posts, that re-tweet of another post was never deleted.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 16, 2026.

                                  /s/ Glenn Katon
                                  Glenn Katon