# **<u>EXHIBIT A</u>**



DEFS0318