# **EXHIBIT B**

Michael D. Meuti (CA 227939)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
mmeuti@beneschlaw.com

David M. Hopkins (*Admitted Pro Hac Vice*)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
dhopkins@beneschlaw.com

Corena G. Larimer (CA 277188)
ANTI-DEFAMATION LEAGUE
40 Court Street, Suite #12
Boston, MA 02108
Telephone: 212.885.7700
clarimer@adl.org

James Pasch (*Admitted Pro Hac Vice*)
Brendan Hogan (*Admitted Pro Hac Vice*)
ANTI-DEFAMATION LEAGUE
605 Third Avenue
New York, NY 10158
Telephone: 212.885.7700
jpasch@adl.org
bhogan@adl.org

*Attorneys for Plaintiff Michael Radice*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Radice, | Case No. 3:25-cv-02060 |
| Plaintiff, | **DECLARATION OF MICHAEL D. MEUTI IN SUPPORT OF PLAINTIFF'S RESPONSE TO GLENN KATON'S ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |
| v. | |
| Jerusalem Boxing Club, LLC; Native Grounds, Inc.; Abdulrahim Harara; Does 1-20, | |
| Defendant. | |

Declaration of Michael D. Meuti in Support of Plaintiff's Response to
Glenn Katon's Administrative Motion to Withdraw as Counsel for De
Case No. 3:25-cv-02060

I, Michael D. Meuti, declare as follows:

1.      I am a partner at the law firm Benesch, Friedlander, Coplan & Aronoff, LLP.  I represent Plaintiff Michael Radice in the above-captioned litigation and have done so throughout the pendency of the case.  I submit this declaration in support of Plaintiff's Response to Glenn Katon's Administrative Motion to Withdraw as Counsel for Defendants.  It is based on my personal knowledge, and if called upon as a witness, I could and would competently testify to the matters stated herein.

2.      I attended a meet-and-confer discussion with Defendants' counsel, Glenn Katon, by videoconference on January 9, 2026 to discuss pending discovery disputes between the parties.

3.      During that meet-and-confer, Mr. Katon admitted that his clients had not searched their social-media accounts for responsive documents.

4.      He contended that he and his clients believed that no responsive documents existed in connection with those accounts, including no social-media posts that mentioned another Jewish person that Defendants had ejected from the Jerusalem Coffee House.

5.      I then read Mr. Katon a social media post from the X (formerly Twitter) feed for @raheemjbc, which Defendants had identified in interrogatory responses as one of Defendant Harara's social-media accounts.  The post states that Jonathan Hirsch, another man suing Defendants Harara and Native Ground, Inc. for antisemitic discrimination, "is a genocidal, bottom dwelling Zionist scum and should be kicked out of every public establishment not just Palestinian owned ones!"  Mr. Harara's @raheemjbc X feed reflects that Mr. Harara reposted that message from another user onto his own feed on November 2, 2024.

6.      Law firm staff acting under my supervision preserved Mr. Harara's X feed on January 15, 2026, using PageVault.  In the preserved copy of Mr. Harara's X feed, the aforementioned post is missing. In other words, that post had disappeared from Defendant Harara's X feed between January 9 and January 15, 2026.  At the Court's request, Plaintiff will provide a copy of the preserved copy of Mr. Harara's X feed.

7.      I raised this apparent spoliation with Mr. Katon by email on January 29, 2026.

8.      During our February 2, 2026 meet-and-confer videoconference with Defendants' counsel,

2

Declaration of Michael D. Meuti in Support of Plaintiff's Response to
Glenn Katon's Administrative Motion to Withdraw as Counsel for De
Case No. 3:25-cv-02060

he represented that the post was accessible.  When I accessed Mr. Harara's X account that afternoon, the post had reappeared.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 23, 2026.

/s/ Michael D. Meuti _____

Michael D. Meuti

**Declaration of Michael D. Meuti in Support of Plaintiff's Response to**
**Glenn Katon's Administrative Motion to Withdraw as Counsel for De**
**Case No. 3:25-cv-02060**