Glenn Katon SBN 281841
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

ATTORNEYS FOR DEFENDANTS FATHI
ABDULRAHIM HARARA AND NATIVE GROUNDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL RADICE,<br><br>           Plaintiff,<br><br>     v.<br><br>JERUSALEM BOXING CLUB, LLC;<br>NATIVE GROUNDS, INC.;<br>ABDULRAHIM HARARA; DOES 1–20,<br><br>           Defendants. | 3:25-cv-02060-SI<br><br>**SECOND DECLARATION OF GLENN KATON IN SUPPORT OF ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |

I, Glenn Katon, declare as follows:

8.   I am counsel for defendants Abdulrahim Harara and Native Grounds, Inc. in the above-named case. This Second Declaration is submitted in support of my Reply to Plaintiff's Opposition to my Motion to Withdraw and the paragraph numbering continues from my First Declaration.

9.   My primary medium of communications with Defendants has been by email. Katon Decl. I have not sent a physical copy of a document to Defendants by U.S. Mail or private courier until today.

10.   Plaintiff's counsel Michael Meuti falsely asserts at ¶¶ 2-3 of his Declaration (ECF 73-2) that during our January 9, 2026 videoconference I "admitted that [my] clients had not searched their social-media accounts for responsive documents." I know this be false because

1  defendant Harara had already produced social-media posts from his Instagram account on
2  December 29, 2025. On that date, we produced DEFS0279-283, attached as Exhibit A, all but one
3  page of which are Instagram posts.
4      11.    Those documents also contradict the false statement in Meuti's Declaration that I
5  told him I believed no social media posts existed involving another customer who wrongly claims
6  he was ejected from the café because of his religion. The Instagram posts are clearly about the
7  other customer. *See* Ex. A.
8      12.    I have provided Mr. Harara with the current scheduling order in the case.
9      13.    Mr. Harara is aware that these proceedings are governed by the Federal Rules of
10 Civil Procedure and the Local Rules of this Court, and I have provided him links to both sets of
11 rules.
12     14.    My Motion to Withdraw is made in good faith and not for purposes of delay.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 25, 2026.

                              /s/ Glenn Katon
                              Glenn Katon

SECOND DECLARATION OF GLENN KATON ISO ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS Case No. 3:25-cv-04849-SI    Page 2



November 2, 2024  12:17 AM

**EXHIBIT A**

Best clip fuck Israel fuck zionist get the fuck out of our spaces.

B***h (in Arabic)

DEFS0279



DEFS0280



DEFS0281



DEFS0282



## COFFEE $6

* Cardamom Rose Latte
* ~~Rose Blossom Latte~~
* Ginger Blossom Latte
* Cardamom Spice Latte
* Tahini Date Latte
* Orange Blossom Latte
* ~~Rose Blossom Spice~~
* Cappuccino  * Gibraltar
* Americano  * Cold Brew

## TEAS $6

* Arabi Black Tea
* Hibiscus Rose  * Green Tea

## MUFFINS $5

* ~~Carrot Cake Vegan~~
* ~~Zucchini Blueberry Lemon~~
* ~~Chocolate Chip Banana~~