UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: February 27, 2026 | Time: 11:47 – 12:11  24 Minutes | Judge: SUSAN ILLSTON |
|---|---|---|
| Case No.: 25-cv-02060-SI | Case Name: Michael Radice v. Jerusalem Boxing Club, LLC, et al. | |
| Case No.: 25-cv-04849-SI | Case Name: USA v. Harara, et al. | |

**Attorney for Plaintiff:** Corena Larimer, Brendan Hogan (Anti Def), David Hopkins, Michael Meuti (Radice); Mazen Basrawi
**Attorney for Defendant:** Glenn Katon, Walter Riley (Jerusalem, Harara, Native Grounds)

**Deputy Clerk:** Esther Chung            **Court Reporter:** Zoom Recording

## PROCEEDINGS

Further Case Management Conference – Held via Zoom webinar

## SUMMARY

Abdulrahim Harara was present at the request of the Court and confirmed that he is actively searching for new counsel. The Court instructed Mr. Katon and Mr. Riley to assist as much as possible with the new search for counsel. The Court also informed defense counsel that the Motion to Withdraw will not be granted until new counsel is found.

ORDER:
- The Court orders the defense counsel to file a statement indicating what has been done and what has not been done concerning discovery and ESI.
- The deposition of Mr. Harara will occur the week of 3/23/2026.
- Expert Disclosures are continued to 4/3/2026. Remaining pretrial deadlines will be moved.
- The Court will rule on the outstanding discovery disputes.

CASE CONTINUED: 3/13/2026 at 3:00 PM for Further Case Management Conference