Glenn Katon (SBN 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

ATTORNEY FOR DEFENDANTS JERUSALEM
BOXING CLUB, LLC, NATIVE GROUNDS, INC.,
and ABDULRAHIM HARARA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL RADICE, | Case No. 3:25-cv-02060-SI |
| Plaintiff, | |
| v. | **NOTICE OF DEFENDANTS' STATEMENT ON DISCOVERY** |
| JERUSALEM BOXING CLUB, LLC; NATIVE GROUNDS, INC.; ABDULRAHIM HARARA; DOES 1–20, | |
| Defendants. | |

Defendants' file this Notice of Defendants' Statement on Discovery, pursuant to the Court's Civil Minutes (ECF 81). Defendants served the statement on Plaintiff on March 9, 2026, though it is filed on March 10.

**Preservation of ESI**

Mr. Harara has sole control over all business records for Jerusalem Boxing Club LLC and Native Grounds, Inc. He also has sole control over his personal social media, email, and text accounts. Other people also post on the Jerusalem Coffee House Instagram account, but they have been instructed not to delete anything. For Defendants' business records, Mr. Harara has not deleted anything since he became aware of the Hirsch case filed in state court. For his personal

1  social media, email, and text accounts, he has also not deleted anything.

2  **Documents Produced to Date**

3  Defendants have produced Bates DEFS0001-375, which does not include video and audio
4  files.

5  **Search for Documents Requested**

6  Mr. Harara searched his personal records and the business records of Jerusalem Boxing
7  Club LLC and Native Grounds, Inc. for the records requested by Plaintiff's August 29, 2025
8  Request for Production. He also searched his personal social media accounts. As part of his
9  search for ESI, Mr. Harara searched his personal documents, Defendants' business records, and
10 his personal social media accounts, for the terms included in Plaintiff's "Search Term List" sent
11 on January 7, 2026, apart from the terms "martyr," "Trump," and "al Aqsa." Defendants have not
12 searched the JCH Instagram account, which has been available to the public since before the
13 litigation, but will do so by this Thursday.

Respectfully submitted,

/s/ Glenn Katon
Glenn Katon

ATTORNEY FOR DEFENDANTS JERUSALEM BOXING CLUB, LLC, NATIVE GROUNDS, INC., and ABDULRAHIM HARARA