```
Glenn Katon SBN 281841
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)
```

ATTORNEYS FOR DEFENDANTS JERUSALEM BOXING CLUB, LLC, NATIVE GROUNDS, INC., and ABDULRAHIM HARARA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL RADICE,<br><br>    Plaintiff,<br><br>v.<br><br>JERUSALEM BOXING CLUB, LLC;<br>NATIVE GROUNDS, INC.;<br>ABDULRAHIM HARARA; DOES 1–20,<br><br>    Defendants. | 3:25-cv-02060-SI<br><br>**THIRD DECLARATION OF GLENN KATON IN SUPPORT OF ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |

I, Glenn Katon, declare as follows:

15. I am counsel for defendants Jerusalem Boxing Club, LLC, Native Grounds, Inc., and Abdulrahim Harara in the above-named case. This Third Declaration is submitted in support of my Motion to Withdraw, and the paragraph numbering continues from the previous declarations.

16. I am seeking leave to withdraw based upon the circumstances enumerated in California Rules of Professional Conduct 1.16(a). I do not believe I can reveal the details of those circumstances because of my ethical duties to my clients.

17. In recent weeks Defendants have sent me several abusive emails of personal attacks.

18. I have been looking for additional counsel on this case since before I was retained. I contacted and spoke to many attorneys, but none were willing and/or able to assist.

19. On January 8, 2026, I informed Defendants that I was withdrawing from their cases, and they should find new counsel.

20. I informed opposing counsel on February 12 that I would be moving to withdraw and informed the Court at the February 13 Case Management Conference.

21. After the February 27, 2026 Case Management Conference at which I agreed to help Defendants find new counsel, I provided them with contact information for five lawyers, most of whom I have litigated with or against, and emailed three contacts to see if they would be willing to discuss representing Defendants.

22. None of the lawyers I emailed as described in the preceding paragraph indicated that they could represent Defendants, though an assistant for one of them said she would put the inquiry on a Bar Association of San Francisco listserv.

23. My Motion to Withdraw is made in good faith and not for purposes of delay.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 11, 2026.

/s/ Glenn Katon
Glenn Katon