# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** March 13, 2026 | **Time:** 3:14 – 3:38<br>24 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 25-cv-02060-SI | **Case Name:** Michael Radice v. Jerusalem Boxing Club, LLC, et al. | |
| **Case No.:** 25-cv-04849-SI | **Case Name:** USA v. Harara, et al. | |

**Attorney for Plaintiff:** Corena Larimer, Brendan Hogan (Anti Def), David Hopkins, Michael Meuti (Radice); Mazen Basrawi
**Attorney for Defendant:** Glenn Katon, Walter Riley (Jerusalem, Harara, Native Grounds)

**Deputy Clerk:** Esther Chung               **Court Reporter:** Zoom Recording

## PROCEEDINGS

Further Case Management Conference – Held via Zoom webinar

## SUMMARY

Abdulrahim Harara was present at the request of the Court. Mr. Harara confirmed that he will have counsel by **3/25/2026.** A further Case Management Conference was scheduled at which time new counsel should be present to discuss further steps in the case.

The Court ORDERED as follows:
1. The deposition of Mr. Harara can be held on 3/27/2026 but will be recessed for Friday prayers.
2. No Default may be requested before **4/3/2026.**

CASE CONTINUED: 4/3/2026 at 3:00 PM for Further Case Management Conference