Michael D. Meuti (CA 227939)
James E. Thompson (CA 240979)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
mmeuti@beneschlaw.com

David M. Hopkins (*Admitted Pro Hac Vice*)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
dhopkins@beneschlaw.com

Corena G. Larimer (CA 277188)
ANTI-DEFAMATION LEAGUE
40 Court Street, Suite #12
Boston, MA 02108
Telephone: 212.885.7700
clarimer@adl.org

James Pasch (*Admitted Pro Hac Vice*)
Brendan Hogan (*Admitted Pro Hac Vice*)
ANTI-DEFAMATION LEAGUE
605 Third Avenue
New York, NY 10158
Telephone: 212.885.7700
jpasch@adl.org
bhogan@adl.org

*Attorneys for Plaintiff*

Glenn Katon (CA 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
Telephone: (510) 463-3350
gkaton@katon.law
*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Radice | CASE NO. 3:25-cv-02060-SI |
|     Plaintiff, | Coordinated with |
| v. | CASE NO. 3:25-CV-04849-SI |
| JERUSALEM BOXING CLUB, LLC; NATIVE GROUNDS, INC.; ABDULRAHIM HARARA; DOES 1–20 | **JOINT STIPULATION AND [PROPOSED] AMENDMENT TO CASE MANAGEMENT ORDER** |
|     Defendants. | |

United States of America,

      Plaintiff,

v.

FATHI ABDULRAHIM HARARA and
NATIVE GROUNDS, LLC, d/b/a
JERUSALEM COFFEE HOUSE,

      Defendants.

The parties in these coordinated cases stipulate to and hereby request an amendment of the current discovery deadlines. The parties have been preparing for and engaging in court-ordered depositions, which has taken time away from necessary preparations for expert discovery.

Because of these delays, the parties stipulate to and propose an extension to the current expert discovery deadlines and to allow full expert discovery to take place in these coordinated cases. This extension would be the second extension of the close of discovery and the third extension of the expert disclosure and rebuttal disclosure deadlines, which the Court previously extended by approximately one month as a result of the federal government shutdown, as well as again to account for Defendants' counsel's pending motion for leave to withdraw. *Radice v. Jerusalem Boxing Club, LLC et al.*, Case No. 3:25-cv-02060, *Dkt.* 59, 80; *United States v. Harara et al.*, Case No. 3:25-cv-04849, *Dkt.* 42.

Counsel for Plaintiff Michael Radice and the United States conferred with Defendants' counsel, and the parties have stipulated to the following proposed schedule:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Expert Disclosures | April 3, 2026 | April 13, 2026 |
| Expert Rebuttal Disclosures | April 17, 2026 | April 27, 2026 |
| Close of Expert Discovery | May 1, 2026 | May 11, 2026 |

The parties are prepared to discuss corresponding changes to the remaining deadlines in the scheduling order at the Case Management Conference scheduled for April 3, 2026, should the Court grant the [Proposed] Amendment to the Case Management Order.

This joint stipulation to amend the case management order is not made for the purpose of harassment, undue delay, or any other improper purpose.

DATED: March 27, 2026

/s/ Michael Dominic Meuti
MICHAEL DOMINIC MEUTI (CA 227939)
*Counsel for Plaintiff Michael Radice*

***

/s/ Mazen Basrawi
MAZEN BASRAWI (CA 235475)
*Counsel for Plaintiff The United States of America*

***

/s/ Glenn Katon (per email consent)
GLENN KATON (CA 281841)
*Counsel for Defendants*