**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*AMENDED CIVIL MINUTES**

| **Date:** 4/3/2026 | **Time:** 12:16 – 12:24 = 8 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 25-cv-02060-SI | **Case Name:** Michael Radice v. Jerusalem Boxing Club, LLC, et al. | |
| **Case No.:** 25-cv-04849-SI | **Case Name:** USA v. Harara et al | |

**Attorney for Plaintiff:** David Hopkins, Brendan Hogan, Corina Larimer, Mazen Basrawi, Michael Meuti.
**Attorney for Defendant:** Glenn Katon, Abulrahim Harara, pro se, William Riley.

**Deputy Clerk:** Angella Meuleman          **Court Reporter:** Zoom Webinar

**PROCEEDINGS**

Further Case Management Conference – Held via Zooom

**SUMMARY**

Parties stated appearances.

Court discussed status of attorney representation re: Harara.  Mr. Harara states he has a New York attorney but is currently looking for a California attorney as a local attorney practicing in the Northern District of California.  An Application for Pro Hac Vice will require local co-counsel in this case.  Court GRANTED [71] Administrative Motion to Withdraw as Counsel and \*[53] Administrative Motion to Withdraw as Counsel.  During the interim, Mr. Harara will represent himself.  However, if a motion is to be filed on behalf of the corporations, Mr. Harara will need representative counsel.