Michael D. Meuti (CA 227939)
BENESCH, FRIEDLANDER,
    COPLAN & ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
mmeuti@beneschlaw.com

David M. Hopkins (*Admitted Pro Hac Vice*)
BENESCH, FRIEDLANDER,
    COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
dhopkins@beneschlaw.com

Corena G. Larimer (CA 277188)
ANTI-DEFAMATION LEAGUE
40 Court Street, Suite #12
Boston, MA 02108
Telephone: 212.885.7700
clarimer@adl.org

James Pasch (*Admitted Pro Hac Vice*)
Brendan Hogan (*Admitted Pro Hac Vice*)
ANTI-DEFAMATION LEAGUE
605 Third Avenue
New York, NY 10158
Telephone: 212.885.7700
jpasch@adl.org
bhogan@adl.org

*Attorneys for Plaintiff Michael Radice*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL RADICE,<br><br>                    Plaintiff,<br><br>            v.<br><br>JERUSALEM BOXING CLUB, LLC;<br>NATIVE GROUNDS, INC.;<br>ABDULRAHIM HARARA; DOES 1-20<br><br>                 Defendants. | Case No. 3:25-cv-02060<br><br>**REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS JERUSALEM BOXING CLUB, LLC AND NATIVE GROUNDS, INC.**<br><br>First Amended Complaint Filed:  04/15/2025 |

1.      Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Michael Radice ("Plaintiff") respectfully seeks an entry of default against Defendants Jerusalem Boxing Club, LLC and Native Grounds, Inc. (collectively, the "Corporate Defendants").  During a case management conference held on April 3, 2026, the Court confirmed that the Corporate Defendants are not represented by a member of the bar of this Court.  Absent such representation, the Corporate Defendants are unable to defend this action.  Local Rule 3-9(b).  An entry of default under Rule 55(a) is therefore warranted.  *See Employee Painters' Tr. v. Ethan Enters., Inc.*, 480 F.3d 993, 998 (9th Cir. 2007) (recognizing that when a corporation's counsel withdraws without a substitution, that corporation is subject to default "for failure to comply with local rules requiring representation by counsel"; citation omitted).

2.      Plaintiff filed this action against the Corporate Defendants and their sole owner, Defendant Abdulrahim Harara, on February 27, 2025.  (Dkt. 1.)

3.      The Corporate Defendants first appeared in this case on May 14, 2025.  At that time, they were represented by Glenn Katon of Katon Law.  (Dkt. 26.)  Attorney Katon subsequently filed an Administrative Motion to Withdraw as Counsel for Defendants (the "Motion to Withdraw") on February 16, 2026.  (Dkt. 71.)

4.      On March 13, 2026, the Court held a case management conference with the parties.  (Dkt. 87.)  During the conference, the Court directed Defendants to find new counsel in this matter, and Defendant Harara, as the sole owner of the Corporate Defendants, represented that Defendants would have new counsel by March 25, 2026.  (Tr. of 3/13/26 Case Mgmt. Conf. at 8:8-21.)

5.      The Court further advised Mr. Harara that failing to retain new counsel would subject him to default:

> So, as I told you before, Mr. Harara, the – the problem is that because corporate defendants can't proceed without a lawyer, you're at risk of default happening, and I will order that none of the parties make any effort to impose default on your clients -- on the Defendants prior to April 3rd. But you'll have to have your lawyers in place in order to make sure that doesn't happen. So, that -- that's the reason that I'm pressuring you so hard to get the lawyers is just so that we don't -- we don't get sidetracked and have -- have defaults that -- that would not be on the merits. I want the case resolved on the merits, as I'm sure you do.

> [*Id.* at 11:20–12:6.]

**REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS
JERUSALEM BOXING CLUB, LLC AND NATIVE GROUNDS, INC.
Case No. 3:25-cv-02060**

6.    Accordingly, the Court refrained from ruling on Attorney Katon's Motion to Withdraw, but the Court stated that Plaintiff could not seek a default before April 3, 2026.  (Dkt. 87.)

7.    The Court held another case management conference with the parties on April 3, 2026. During the conference, the Court granted Attorney Katon's Motion to Withdraw.  The Court also inquired as to whether Defendants had retained new counsel.  Defendant Harara then confirmed that Defendants had not retained counsel authorized to practice in the Northern District of California.  (Dkt. 97.)

8.    Local Rule 3-9(b) requires that a  corporation, unincorporated association, partnership or other such entity may appear in this Court only through a member of the Court's bar.

9.    The Corporate Defendants are not represented by a member of the Court's bar.  They failed to retain replacement counsel during the nearly two months since Attorney Katon moved to withdraw, despite informing the Court that they would do so by March 25, 2026.

10.    Rule 55(a) of the Federal Rules of Civil Procedure states that party's default must be entered if it has failed to plead "or otherwise defend …." Fed. R. Civ. P. 55(a).  The Corporate Defendants cannot defend the action Plaintiff has filed against them because they are not represented by a member of the Court's bar, as required by Local Rule 3-9(b).

11.    Accordingly, Plaintiff respectfully requests the entry of default against the Corporate Defendants under Fed. R. Civ. P. 55(a).

Dated:  April 13, 2026                                  Respectfully submitted,


                                                        /s/ *Michael D. Meuti*
                                                        MICHAEL D. MEUTI (CA 227939)
                                                        BENESCH, FRIEDLANDER,
                                                          COPLAN & ARONOFF LLP
                                                        100 Pine Street, Suite 3100
                                                        San Francisco, California 94111
                                                        Telephone: 628.600.2250
                                                        mmeuti@beneschlaw.com


                                                        *Attorney for Plaintiff Michael Radice*

3
**REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS**
**JERUSALEM BOXING CLUB, LLC AND NATIVE GROUNDS, INC.**
**Case No. 3:25-cv-02060**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of April 2026, the foregoing document was served on Defendants via electronic mail at the following addresses:

- Abdulrahimharara@gmail.com;

- hello@jerusalemcoffeehouse.com; and

- team@jerusalemboxingclub.com.

The foregoing document was also served on Defendants via certified mail at the following mailing addresses:

- 3405 Helen Street, Apartment 5, Oakland, California 94608; and

- 5443 Telegraph Avenue, Oakland, California 94609.

Dated:  April 13, 2026                                Respectfully submitted,


                                                      /s/ Michael D. Meuti
                                                      MICHAEL D. MEUTI (CA 227939)
                                                      BENESCH, FRIEDLANDER,
                                                        COPLAN & ARONOFF LLP
                                                      100 Pine Street, Suite 3100
                                                      San Francisco, California 94111
                                                      Telephone: 628.600.2250
                                                      mmeuti@beneschlaw.com


                                                      Attorney for Plaintiff Michael Radice

**REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS
JERUSALEM BOXING CLUB, LLC AND NATIVE GROUNDS, INC.**
Case No. 3:25-cv-02060