Michael D. Meuti (CA 227939)
BENESCH, FRIEDLANDER,
    COPLAN & ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
mmeuti@beneschlaw.com

David M. Hopkins (*Admitted Pro Hac Vice*)
BENESCH, FRIEDLANDER,
    COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
dhopkins@beneschlaw.com

Corena G. Larimer (CA 277188)
ANTI-DEFAMATION LEAGUE
40 Court Street, Suite #12
Boston, MA 02108
Telephone: 212.885.7700
clarimer@adl.org

James Pasch (*Admitted Pro Hac Vice*)
Brendan Hogan (*Admitted Pro Hac Vice*)
ANTI-DEFAMATION LEAGUE
605 Third Avenue
New York, NY 10158
Telephone: 212.885.7700
jpasch@adl.org
bhogan@adl.org

*Attorneys for Plaintiff Michael Radice*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL RADICE,<br><br>            Plaintiff,<br><br>   v.<br><br>JERUSALEM BOXING CLUB, LLC;<br>NATIVE GROUNDS, INC.;<br>ABDULRAHIM HARARA; DOES 1-20<br><br>          Defendants. | Case No. 3:25-cv-02060<br><br>**DECLARATION OF MICHAEL D. MEUTI IN SUPPORT OF CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS JERUSALEM BOXING CLUB, LLC AND NATIVE GROUNDS, INC**<br><br>First Amended Complaint Filed:  04/15/2025 |

## DECLARATION OF MICHAEL D. MEUTI

1. I am above eighteen (18) years of age and am not a party to this action.

2. I am a partner at Benesch, Friedlander, Coplan & Aronoff, LLP and counsel for Plaintiff Michael Radice in this case. I make this declaration in support of Mr. Radice's Request for Clerk's Entry of Default Against Defendants Jerusalem Boxing Club, LLC and Native Grounds, Inc. If called upon, I could and would competently testify as set forth below.

3. Mr. Radice filed this case on February 27, 2025 against, among others, Jerusalem Boxing Club, LLC and Native Grounds, Inc. (collectively, the "Corporate Defendants") to obtain injunctive, monetary, and declaratory relief under 42 U.S.C. § 2000a ("Title II"); 42 U.S.C. § 1981, *et seq.*; and the Unruh Civil Rights Act — California Civil Code § 51, *et seq*. (Dkt. 1.)

4. The Corporate Defendants first appeared in this case on May 14, 2025. At that time, they were represented by Glenn Katon of Katon Law. (Dkt. 26.) Attorney Katon subsequently filed an Administrative Motion to Withdraw as Counsel for Defendants (the "Motion to Withdraw") on February 16, 2026. (Dkt. 71.)

5. On March 13, 2026, the Court held a case management conference with the parties. (Dkt. 87.) During the conference, Defendant Abdulrahim Harara, sole owner of the Corporate Defendants, represented that Defendants would have new counsel by March 25, 2026. Accordingly, the Court refrained from ruling on Attorney Katon's Motion to Withdraw, but advised that Plaintiff could not seek a default until April 3, 2026. (*Id*.)

6. During a case management conference on April 3, 2026, the Court granted Attorney Katon's Motion to Withdraw and inquired as to whether Defendants had retained new counsel. Defendant Harara confirmed that Defendants had not retained counsel authorized to practice in the Northern District of California. (Dkt. 97.)

7. The Corporate Defendants are not represented by a member of the Court's bar. They failed to retain replacement counsel during the nearly two months since Attorney Katon moved to withdraw, despite informing the Court that they would do so by March 25, 2026.

8. The Corporate Defendants are not minors, and neither is an incompetent person or an

individual in the military service, or otherwise exempted under the Solders' and Sailors' Civil Relief Act of 1940.

9.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2026.

/s/ Michael D. Meuti
Michael D. Meuti (CA 227939)

.

**DECLARATION OF MICHAEL D. MEUTI IN SUPPORT OF**
**CLERK'S ENTRY OF DEFAULT**
**Case No. 3:25-cv-02060**