UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-------------------------------------------------------------x

MICHAEL RADICE,

          Plaintiff,

                                   Case No. 25-cv-02060-SI

   v.

JERUSALEM BOXING CLUB, LLC, et al.,

          Defendants.
-------------------------------------------------------------x

### DECLARATION OF DEFENDANT ABDULRAHIM HARARA PURSUANT TO COURT'S APRIL 7 ORDER

Defendant Abdulrahim Harara states as follows.

1. On April 7, this Court issued an order directing me to provide certain information by today. This declaration represent my best efforts to comply.

2. After a very long and difficult search, I have retained new counsel. Junior team member Ramsey Judah appeared in the case on April 13. A pro hac vice motion for admission of Jonathan Wallace, a New York attorney, was filed yesterday and has not yet been granted.

3. I was only able to reach Mr. Wallace for our first comprehensive, substantive discussions of the case yesterday. He did help me prepare this response, and respectfully requests that Plaintiff's counsel consent to reopen the Clerk's default (or not to oppose a motion to do so). He will contact them to schedule a meet and confer on any other outstanding issues.

4. Since he has not yet up to speed on the history of the case and on discovery issues, he would have preferred to ask this Court for a postponement of the dates set in the April 7

1

order, but decided it would be better if we did our best to comply.

5.  I will be reviewing everything further with him, and we will update Plaintiff's counsel with any new or additional information.

6.  In the meantime, I have searched for responsive electronic materials (emails, iCloud and Google Drive files) and do not have any.

7.  I have not deleted any posts from my social media accounts (or the accounts of the other defendants) since this lawsuit was filed on February 27, 2025. I will not in the future delete any posts from my social media accounts (or the accounts of the other defendants) while this lawsuit is still ongoing.

8.  I declare under penalty of perjury that the foregoing is true and correct. Executed on

April 17, 2026.

_____
Abdulrahim Harara

2