# Exhibit A
# Part 3 of 3

# Exhibit 3

# New discovery



Exhibit

3

Harara

03/25/2026    C.A.N.    DEFS0348



DEFS0349



DEFS0350



DEFS0351



DEFS0352



DEFS0353

I really appreciated that article

Dec 13, 2024 at 4:56 PM

Dude

He also wrote this amazing one



**The 'Hamas question' and the Left with Abdaljawad Omar**
mondoweiss.net

Dec 16, 2024 at 9:19 AM

Good morning brother

You gonna be around the cafe today?

Salam brotha

iMessage

DEFS0354



DEFS0355



DEFS0356



DEFS0357



tomorrow morning Insha'Allah .. this week has been a whirlwind there's been articles coming out about the business and I've been trying to respond to the community and manage the cafe it's been a lot. I apologize for my delay.

Palestinian-owned Oakland cafe features drink named for Hamas leader Yahya Sinwar - Jewish Tel...
jta.org

Brotha Raheem if I may ask is what the article saying true?

Tap in with me when you have a moment to chat .. def worth having a quick 5 min call on

iMessage

DEFS0358

Oct 10, 2024 at 9:39 AM

Salaam ahki

Afwan still been busy with moving things

We have a lot of things to update on and coordinate let's meet soon

Oct 11, 2024 at 9:00 AM



**Palestinian-owned Oakland cafe features drink named for Hamas leader Yahya Sinwar - Jewish Tel...**
jta.org

+    iMessage

DEFS0359



DEFS0360



DEFS0361

And that their support is important.

They can openly call for our demise, and when we make a menu they get all butt hurt. F them.



Palestinian-owned Oakland cafe features drink named for Hamas leader Yahya Sinwar - Jewish Tel...

jta.org

👍

Might be good to go private on IG to not let your followers get compromised

And accept ppl in the movement only

iMessage

DEFS0362



DEFS0363



DEFS0364



DEFS0365



DEFS0366



DEFS0367



DEFS0368



DEFS0369



DEFS0370



Feb 15, 2025 at 10:33 PM

**Jewish man to sue Oakland coffee shop that ejected him**

jweekly.com

Mar 12, 2025 at 2:06 PM

إفطار هذا اليوم مُقدَّم عن روح خالي مراد حرارة، نسأل الله أن يتغمَّده بواسع رحمته ويُسكنه فسيح جناته.

Today's breakfast is dedicated to the memory of my uncle, Murad Harara. We pray that Allah forgives his sins and grants him the highest place in Jannah.

Alhamduillah

Text Message • SMS

DEFS0371



well and in strong spirits. I wanted to let you know that it seems a case will be filed against me and the cafe soon. Was just made aware this morning

Jewish man to sue Oakland coffee shop that ejected him

jweekly.com

Oh no, I'm so sorry to hear this. :( thank you for making me aware of it. Do you have a lawyer in mind to support you in the this? I don't do litigation, wondering who would be willing to support you with this if you don't have anyone in mind already

iMessage

DEFS0372



DEFS0373



Oakland café ousts man over religious symbol on baseball hat
ktvu.com

Feb 15, 2025 at 8:00 PM



DEFS0375

# Exhibit 39

🔒 **Page Vault**

| | |
|---|---|
| Document title: | (2) BayArea (@raheemjbc) / X |
| Capture URL: | https://x.com/raheemjbc |
| Page loaded at (UTC): | Thu, 15 Jan 2026 15:30:58 GMT |
| Capture timestamp (UTC): | Thu, 15 Jan 2026 15:35:35 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| Capture ID: | vr31hkiHXNQac95Hm1Jttv |



EXHIBIT 39
WIT: _Havara_
DATE: 3-27-26
CAROL NYGARD

# X

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications
- 👥 Follow
- ✉️ Chat
- Ⓖ Grok
- 🔖 Bookmarks
- 🅐 Creator Studio
- 👥 Communities
- 𝕏 Premium
- 👤 Profile
- ⋯ More

**Post**

← **BayArea**
277 posts

**BayArea**
@raheemjbc

📍 San Francisco, CA   📅 Joined December 2018 >

**79** Following   **157** Followers

Not followed by anyone you're following

| **Posts** | Replies | Media |
|---|---|---|

🔁 BayArea reposted

**ADAM** ✓ @AdameMedia · Nov 19, 2025   Ⓖ ⋯
BREAKING: 🔁 🇺🇸 Speaker Mike Johnson claims the Epstein files CANT be released unredacted because they contain intelligence-agency material that falls under "national security."

Translation: "The Israeli Mossad has videos of us r-aping children."

CAPITOL HILL 10:36 AM

**BREAKING NEWS**
**JOHNSON BLASTS EPSTEIN FILES VOTE AS "SHOW VOTE"**
0:37   ·ᴸ · 9:36ᵀ   ANA CABRERA REPORTS

From **Shadow of Ezra** ✓

💬 732     🔁 7.6K     ♡ 32K     �📊 943K     🔖 ⬆️

🔁 BayArea reposted

**Aesthetics X** ✓ @aestheticsguyy · Oct 1, 2025   Ⓖ ⋯
4K |

**P** **Paige Vaulter** ⋯
@PaigeVault36349

## You might like

**Stakeland** ✓ 🏅
@stakeland
**Follow**

**Mona Love**
@Dntcalmewhitgrl
**Follow**

**Umair Abbasi, CPA**
@theumairabbasi_
**Follow**

Show more

## What's happening

**28 Years Later: The Bone Temple** ⋯
Now playing exclusively in theatres. Get tickets now!
📼 Promoted by 28 Years Later: The Bone Temple

Trending in United States   ⋯
**#gooddaydetroit**

Trending   ⋯
**#BBMzansiS6**

Trending in United States   ⋯
**Dr. Martin Luther King**

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More⋯ | © 2026 X Corp.



# X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- Bookmarks
- Creator Studio
- Communities
- Premium
- Profile
- More

**Post**

**BayArea**
277 posts

← **Follow**

🔍 Search

○ 18    ⟳ 612    ♡ 8.3K    ᴸ 796K

**Starlink** ✓ ✕ @Starlink    Ad ···
Experience speeds up to 400+ Mbps to enjoy 4K streaming on multiple devices at once, working from home effectively, online gaming, social media browsing, and more.

Order online in under 2 minutes.

**STARLINK**
High-speed internet designed for every need
Speeds up to 400+ Mbps

412 Mbps

ENGINEERED BY SPACEX
Speeds are not guaranteed and based to U.S. FPR nationwide metric. Availability and price may vary based on location.
Order now

From starlink.com

○ 183    ⟳ 772    ♡ 3.6K    ᴸ 27M

⟳ BayArea reposted
**ItsDone** ✓ @ItsDone2000 · Oct 2, 2025    ⊘ ···

**Paige Vaulter**
@PaigeVault36349 ···


## You might like

**Stakeland** ✓ 🔲
@stakeland    **Follow**

**Mona Love**
@Dntcalmewhitgrl    **Follow**

**Umair Abbasi, CPA**
@theumairabbasi_    **Follow**

Show more

## What's happening

**28 Years Later: The Bone Temple** ···
Now playing exclusively in theatres. Get tickets now!
▪ Promoted by 28 Years Later: The Bone Temple

Trending in United States
**#gooddaydetroit**

Trending
**#BBMzansiS6**

Trending in United States
**Dr. Martin Luther King**

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ··· © 2026 X Corp.



Document title: (2) BayArea (@raheemjbc) / X
Capture URL: https://x.com/raheemjbc
Capture timestamp (UTC): Thu, 15 Jan 2026 15:35:35 GMT

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Communities

Premium

Profile

More

**Post**

← **BayArea**
277 posts

**Follow**

⬠ 6        ↻ 259        ♡ 3.4K        ‖ 318K        🔖  ⬆

↻ **BayArea reposted**

**aesthetic 4k** @wallpapers_tore · Oct 1, 2025        ⌀  ⋯
Save in 4K 🗿

⬠ 30        ↻ 268        ♡ 3.8K        ‖ 482K        🔖  ⬆

↻ **BayArea reposted**

**Phone Wallpapers** ✓ @PhoneWallpapers · Oct 1, 2025        ⌀  ⋯

⬠ 10        ↻ 327        ♡ 4.4K        ‖ 486K        🔖  ⬆

**Who to follow**

 **Stakeland** ✓ 🖼
@stakeland
Make staking fun again. Powered by $MEME.

**Follow**

 **Paige Vaulter**
@PaigeVault36349        ⋯

 **Mona Love**
@Dntcalmewhitgrl

**Follow**

Q Search

**You might like**

🖼 **Stakeland** ✓ 🖼        **Follow**
@stakeland

**Mona Love**        **Follow**
@Dntcalmewhitgrl

**Umair Abbasi, CPA**        **Follow**
@theumairabbasi_

Show more

**What's happening**

**28 Years Later: The Bone Temple**  ⋯
Now playing exclusively in theatres. Get tickets now!
◼ Promoted by 28 Years Later: The Bone Temple

Trending in United States        ⋯
**#gooddaydetroit**

Trending        ⋯
**#BBMzansiS6**

Trending in United States        ⋯
**Dr. Martin Luther King**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ⋯    © 2026 X Corp.





Document title: (2) BayArea (@raheemjbc) / X
Capture URL: https://x.com/raheemjbc
Capture timestamp (UTC): Thu, 15 Jan 2026 15:35:35 GMT

Page 3 of 41

**X**

- ⌂ Home
- 🔍 Explore
- 🔔 Notifications
- ⊞ Follow
- ✉ Chat
- Ø Grok
- 🔖 Bookmarks
- 𝚫 Creator Studio
- 🎎 Communities
- **X** Premium
- 👤 Profile
- ⊙ More

**Post**

👤 **Paige Vaulter**
@PaigeVault36349  ...

← **BayArea**
277 posts
@stakeland
Make staking fun again. Powered by $MEME.

**Mona Love**
@Dntcalmewhitgrl
Ig: @dontcallmeewhitegirl Subscribe to my YouTube
#TeamDontCallMeWhiteGirl

**Christine Huff**🔞🏳️‍🌈🏳️‍🌈🎌🎌 ✓
@bettyboob454
Mother, grandmother, chronic pain patient. Fibromyalgia CFS,
sciatica, DDD cervical spine, lower lumbar, osteoarthritis,
Spondylosis Proud American 🏳️‍🌈🏳️‍🌈🎌🎌

**Follow**
**Follow**
**Follow**

Show more

⇄ **BayArea reposted**
**90s Pokemon** ✓ @90sPKMN · Sep 30, 2025    Ø ...



○ 31    ⇄ 1.9K    ♡ 21K    ᶦˡⁱ 316K    🔖 ↥

⇄ **BayArea reposted**
**Aesthetics X** ✓ @aestheticsguyy · Sep 26, 2025    Ø ...
Tap, hold and load in 4K 🔥

○ 41    ⇄ 663    ♡ 7.2K    ᶦˡⁱ 1M    🔖 ↥

⇄ **BayArea reposted**
**Aesthetics X** ✓ @aestheticsguyy · Sep 16, 2025    Ø ...

🔍 Search

**You might like**

**Stakeland** ✓ 🏦
@stakeland    **Follow**

**Mona Love**
@Dntcalmewhitgrl    **Follow**

**Umair Abbasi, CPA**
@theumairabbasi_    **Follow**

Show more

**What's happening**

**28 Years Later: The Bone Temple**    ...
Now playing exclusively in theatres. Get
tickets now!
◻ Promoted by 28 Years Later: The Bone
   Temple

Trending in United States    ...
#gooddaydetroit

Trending    ...
#BBMzansiS6

Trending in United States    ...
**Dr. Martin Luther King**

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ... | © 2026 X Corp.



# X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- Bookmarks
- Creator Studio
- Communities
- Premium
- Profile
- More

**Post**

## BayArea
277 posts

**Follow**

💬 41     ↻ 663     ♡ 7.2K     �📊 1M     🔖 ⬆️

↻ **BayArea reposted**

**Aesthetics X** ✔ @aestheticsguyy · Sep 16, 2025     ∅ ⋯
Tap, hold and load in 4K ☁️



💬 20     ↻ 400     ♡ 6K     📊 745K     🔖 ⬆️

↻ **BayArea reposted**

**Wall Street Apes** ✔ @WallStreetApes · Sep 11, 2025     ∅ ⋯
If this research is correct, and Charlie Kirk's murder really is another hit job...

This would forever radically change America. We need a real investigation into this immediately

@LukeMelchior307 putting the pieces together

1:10

💬 1.9K     ↻ 17K     ♡ 95K     📊 12M     🔖 ⬆️

↻ **BayArea reposted**

**Autism Capital** 🧩 ✔ @AutismCapital · Sep 10, 2025     ∅ ⋯
🚨NEW: Sam Altman is confronted by Tucker Carlson about the death of the OpenAI whistleblower, Suchir Balaji (WILD) 😲

Sam Altman suggests that Tucker Carlson is accusing him of murder.

"I haven't done too many interviews where I have been accused of

**Paige Vaulter** ⋯
@PaigeVault36349

### You might like

**Stakeland** ✔ 📧
@stakeland
**Follow**

**Mona Love**
@Dntcalmewhitgrl
**Follow**

**Umair Abbasi, CPA**
@theumairabbasi_
**Follow**

Show more

### What's happening

**28 Years Later: The Bone Temple** ⋯
Now playing exclusively in theatres. Get tickets now!
📺 Promoted by 28 Years Later: The Bone Temple

Trending in United States
**#gooddaydetroit**     ⋯

Trending
**#BBMzansiS6**     ⋯

Trending in United States
**Dr. Martin Luther King**     ⋯

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ⋯     © 2026 X Corp.

# X

🏠 Home

🔍 Explore

🔔 Notifications

👤 Follow

✉️ Chat

Grok

🔖 Bookmarks

Creator Studio

👥 Communities

X Premium

👤 Profile

⋯ More

**Post**

← **BayArea**
277 posts

**Follow**

🚩NEW: Sam Altman is confronted by Tucker Carlson about the death of the OpenAI whistleblower, Suchir Balaji (WILD) 😲

Sam Altman suggests that Tucker Carlson is accusing him of murder.

"I haven't done too many interviews where I have been accused of murder."



💬 4.5K          ↻ 13K          ♡ 72K          ፵ 37M          🔖  ↑

↻ **BayArea reposted**

**Nick Cruse** 🦵 ✔ @SocialistMMA · Sep 10, 2025          ⋯
Charlie Kirk Shot! United States and UK COMPLICIT With Israeli Qatar Bombing. x.com/i/broadcasts/1...

💬 12          ↻ 49          ♡ 181          ፵ 13K          🔖  ↑

↻ **BayArea reposted**

**Dr Rahmeh Aladwan** ✔ @doctor_rahmeh · Aug 6, 2025          ∅ ⋯
Replying to @doctor_rahmeh
My response to Motaz?
I didn't defame you. The words I used that were not in quotation marks are all backed up by your own words and the evidence is online. As for what Palestinians said, I did not present them as facts. I shared them as the opinions and words of those in Gaza.

💬 2          ↻ 25          ♡ 300          ፵ 16K          🔖  ↑

↻ **BayArea reposted**

**No Pasarán** 🔴⚫ @joeltena · Jul 30, 2025          ∅ ⋯
hit regarding the Jerusalem Coffee House news conference this morning on KRON just now:



 **No Pasarán** 🔴⚫ @joeltena · Jul 30, 2025
📕thread re press conference earlier today in Oakland by @jerusalemcoffeehouse regarding the DoJ case against them 🧵🧵🧵
x.com/Oak_Observer/s...


**Paige Vaulter**          ⋯
@PaigeVault36349

🔍 Search

**You might like**

 **Stakeland** ✔
@stakeland          **Follow**

 **Mona Love**
@Dntcalmewhitgrl          **Follow**

 **Umair Abbasi, CPA**
@theumairabbasi_          **Follow**

Show more

**What's happening**

**28 Years Later: The Bone Temple**          ⋯
Now playing exclusively in theatres. Get tickets now!
Promoted by 28 Years Later: The Bone Temple

Trending in United States          ⋯
#gooddaydetroit

Trending          ⋯
#BBMzansiS6

Trending in United States          ⋯
Dr. Martin Luther King

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ⋯   © 2026 X Corp.



Document title: (2) BayArea (@raheemjbc) / X
Capture URL: https://x.com/raheemjbc
Capture timestamp (UTC): Thu, 15 Jan 2026 15:35:35 GMT

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Communities

Premium

Profile

More

**Post**

**Paige Vaulter**
@PaigeVault36349

← **BayArea**
277 posts

**Follow**

🧵 thread re press conference earlier today in Oakland by @jerusalemcoffeehouse regarding the DoJ case against them 🔽🔽🔽
x.com/Oak_Observer/s...

💬 1    🔁 2    ♡ 5    ⫿⫿ 471    🔖 ⬆

🔁 **BayArea reposted**
**Suppressed News.** ✓ @SuppressedNws · Apr 28, 2025    ⌀ ···
Louis Theroux's "The Settlers" (2025) — full documentary.

This is a must-watch to understand how Israel was built, the people that come from all over the world to take land and what is currently happening due to its expansionist mentality.

This media has been disabled in response to a report by the copyright owner.

💬 712    🔁 17K    ♡ 45K    ⫿⫿ 3.4M    🔖 ⬆

🔁 **BayArea reposted**
**B L A K E L E Y™ ℠ ©® L...** ✓ @_iamblakel... · Apr 27, 2025    ⌀ ···
The media is lying as per usual about the Crown Heights protests against genocidal convicted terrorist and international war criminal Ben Gvir.

A bunch of Zionist thugs assaulted women and anti-Zionist Jews at the protest, threw bricks, urine and threaten to rape the women but
Show more



Everything the mainstream media has told you about this Ben Gvir protest is a lie
F*** f*** Palestine.

💬 109    🔁 1.3K    ♡ 2.7K    ⫿⫿ 48K    🔖 ⬆

🔁 **BayArea reposted**
**chunguskitten** ✓ @chunguskitten · Apr 16, 2025    ⌀ ···
Written today in his online journal ✝️🇵🇸

America destroyed Vietnam
—and yet Vietnam remained.

🔍 Search

**You might like**

**Stakeland** ✓ 🟡    **Follow**
@stakeland

**Mona Love**    **Follow**
@Dntcalmewhitgrl

**Umair Abbasi, CPA**    **Follow**
@theumairabbasi_

Show more

**What's happening**

**28 Years Later: The Bone Temple**    ···
Now playing exclusively in theatres. Get tickets now!
◼ Promoted by 28 Years Later: The Bone Temple

Trending in United States    ···
**#gooddaydetroit**

Trending    ···
**#BBMzansiS6**

Trending in United States    ···
**Dr. Martin Luther King**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ···  © 2026 X Corp.



**X**

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- Bookmarks
- Creator Studio
- Communities
- Premium
- Profile
- More

**Post**



**Paige Vaulter**
@PaigeVault36349

← **BayArea**
277 posts

**Follow**

⟲ BayArea reposted

**chunguskitten** ✓ @chunguskitten · Apr 16, 2025
Written today in his online journal ✝️🇵🇸

> America destroyed Vietnam
> —and yet Vietnam remained.
>
> France destroyed Algeria
> —and yet Algeria remained.
>
> Hitler destroyed Stalingrad
> —and yet Stalingrad remained.
>
> And today, Israel has destroyed Gaza
> —but Gaza will remain.
>
> The Zionist colonial raid will perish at the hands of Gaza's children.
>
> Fr. Manuel Musallam, retired priest of Gaza

○ 14    ⟲ 1.5K    ♡ 6.2K    ⅲ 111K    🔖 ⬆

⟲ BayArea reposted

**Zachary Foster** ✓ @_ZachFoster · Mar 9, 2025
Replying to @LauraLoomer
"Being a Zionist means you believe Israel has a right to exist." FALSE.

First, no state has a "right to exist." that's not how international law works. Peoples have rights to exist. Individuals have rights. But not states. No state has a right to be an apartheid state. No state
Show more

○ 77    ⟲ 696    ♡ 3K    ⅲ 55K    🔖 ⬆

⟲ BayArea reposted

**Unity of Fields** @unityoffields · Mar 5, 2025
Anyone pushing this idea that comrades in the metropole shouldn't or can't take up militancy is essentially saying that we don't have a responsibility to build revolution here, that the only people who should be fighting and sacrificing and dying are those in the global south.

○ 5    ⟲ 37    ♡ 197    ⅲ 5.2K    🔖 ⬆

⟲ BayArea reposted

**Nerdeen Kiswani** @NerdeenKiswani · Feb 1, 2025
Replying to @NerdeenKiswani
Palestinians have always said it: We don't need your money. We don't need your "aid." What we need is for you to stop funding the weapons that are slaughtering our people. That's the real support we're asking for.

○ 11    ⟲ 65    ♡ 304    ⅲ 5.7K    🔖 ⬆

⟲ BayArea reposted

**Nerdeen Kiswani** @NerdeenKiswani · Feb 1, 2025
Replying to @NerdeenKiswani
The U.S. pours billions into funding Israel's genocide while offering pennies to Palestinians. We don't need that "aid." We need to dismantle the system and build a future on our own terms.

○ 3    ⟲ 44    ♡ 255    ⅲ 5.3K    🔖 ⬆

⟲ BayArea reposted

**Nerdeen Kiswani** @NerdeenKiswani · Feb 1, 2025
Replying to @NerdeenKiswani
We should've been rejecting USAID all along. True solidarity means supporting grassroots movements that work toward real liberation, not fueling systems of control masked as "aid."

○ 1    ⟲ 42    ♡ 251    ⅲ 4.4K    🔖 ⬆

⟲ BayArea reposted

**Nerdeen Kiswani** @NerdeenKiswani · Feb 1, 2025

Q Search

**You might like**

**Stakeland** ✓ 🏴
@stakeland
**Follow**

**Mona Love**
@Dntcalmewhitgrl
**Follow**

**Umair Abbasi, CPA**
@theumairabbasi_
**Follow**

Show more

**What's happening**

**28 Years Later: The Bone Temple** ···
Now playing exclusively in theatres. Get tickets now!
Promoted by 28 Years Later: The Bone Temple

Trending in United States    ···
**#gooddaydetroit**

Trending    ···
**#BBMzansiS6**

Trending in United States    ···
**Dr. Martin Luther King**

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ··· © 2026 X Corp.




**X**

🏠 Home

🔍 Explore

🔔 Notifications

👤 Follow

✉️ Chat

◎ Grok

🔖 Bookmarks

👤 Creator Studio

👥 Communities

𝕏 Premium

👤 Profile

⋯ More

**Post**

**Paige Vaulter**
@PaigeVault36349 ⋯

← **BayArea**
277 posts

**Follow**

supporting grassroots movements that work toward real liberation, not fueling systems of control masked as "aid."

💬 1      🔁 42      ♡ 251      �III 4.4K      🔖 ⬆

🔁 **BayArea reposted**
**Nerdeen Kiswani** @NerdeenKiswani · Feb 1, 2025   ◎ ⋯
Replying to @NerdeenKiswani
It's a pattern: USAID backs imperial agendas all over the world—funding coups, undermining self-determination, and creating a system where people are dependent on the very powers oppressing them.

💬 1      🔁 57      ♡ 290      ill 5.1K      🔖 ⬆

🔁 **BayArea reposted**
**Nerdeen Kiswani** @NerdeenKiswani · Feb 1, 2025   ◎ ⋯
Replying to @NerdeenKiswani
USAID also cuts off funding for projects that don't conform to U.S. agendas, like when it blacklisted Palestinian organizations resisting Israeli apartheid and when they labeled parties that didn't sign onto Oslo as terrorists. It isn't aid, it's coercion and collaboration.

💬 1      🔁 61      ♡ 348      ill 6K      🔖 ⬆

🔁 **BayArea reposted**
**Nerdeen Kiswani** @NerdeenKiswani · Feb 1, 2025   ◎ ⋯
People are panicking over USAID being defunded, but let's talk about what USAID really is: a tool of U.S. imperialism. It's not about "helping" anyone—it's about control and manipulation through false and misleading promises of aid.

💬 65      🔁 887      ♡ 3.6K      ill 111K      🔖 ⬆

🔁 **BayArea reposted**
**Nerdeen Kiswani** @NerdeenKiswani · Feb 1, 2025   ◎ ⋯
Replying to @NerdeenKiswani
Instead of mourning this loss, we need to examine the damage USAID has caused starting with places like Palestine. It's used to normalize occupation, fund infrastructure under Israeli control, support NGOs that won't challenge occupation, and creates dependency not empowerment.

💬 3      🔁 82      ♡ 425      ill 7.3K      🔖 ⬆

🔁 **BayArea reposted**
**Nerdeen Kiswani** @NerdeenKiswani · Jan 1, 2025   ◎ ⋯
Dubai chocolate was one of the biggest psyops of 2024. It's just Palestinian Knafe with chocolate.... Knafe is not a gulf dessert, but at this point they're basically also appropriating our food by commodifying it with no regards to the origins. Nablus is the birthplace of Knafe.

💬 24      🔁 208      ♡ 1.1K      ill 62K      🔖 ⬆

🔁 **BayArea reposted**
**Vinay** ✓ @vinayp10 · Dec 30, 2024   ◎ ⋯
Replying to @vinayp10
Rahman's comeback teaches us something profound:

True innovation isn't about competing.
It's about transcending competition entirely.

By solving problems others ignore, you create your own category.

The best entrepreneurs don't just build better products....

💬 2      🔁 37      ♡ 494      ill 146K      🔖 ⬆

🔁 **BayArea reposted**
**Nerdeen Kiswani** @NerdeenKiswani · Dec 27, 2024   ◎ ⋯
Blake Lively and Justin Baldoni are both pathetic parasites and I'm sick of hearing about them while we witness a holocaust in Gaza. Hollywood elites like them not only remain silent but fight to make

🔍 Search

### You might like

**Stakeland** ✓ 🏴
@stakeland                    **Follow**

**Mona Love**
@Dntcalmewhitgrl              **Follow**

**Umair Abbasi, CPA**
@theumairabbasi_             **Follow**

Show more

### What's happening

**28 Years Later: The Bone Temple** ⋯
Now playing exclusively in theatres. Get tickets now!
▣ Promoted by 28 Years Later: The Bone Temple

Trending in United States   ⋯
**#gooddaydetroit**

Trending                     ⋯
**#BBMzansiS6**

Trending in United States    ⋯
**Dr. Martin Luther King**

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ⋯ | © 2026 X Corp.





X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Communities

Premium

Profile

More

**Post**

**BayArea**
277 posts

**Follow**

Q Search

⇄ **BayArea reposted**
**Nerdeen Kiswani** @NerdeenKiswani · Dec 27, 2024
Blake Lively and Justin Baldoni are both pathetic parasites and I'm
sick of hearing about them while we witness a holocaust in Gaza.
Hollywood elites like them not only remain silent but fight to make
the news all about them. Neither are good people, they don't
deserve attention.

○ 18      ⇄ 61      ♡ 399      ᴵˡˡ 12K      🔖 ⬆

⇄ **BayArea reposted**
**Scott Ritter** ✔ @RealScottRitter · Nov 8, 2024
Replying to @MichaelRapaport
This isn't about Jews.

It's about Israelis.

Zionists.

Modern-day Nazis.

Who should never feel safe anywhere so long as they continue their
genocide against the Palestinian people.

○ 102      ⇄ 623      ♡ 4K      ᴵˡˡ 32K      🔖 ⬆

⇄ **BayArea reposted**
**avi g** @mumblerant · Nov 1, 2024
I went to jerusalem coffee house yesterday wearing my yarmulke
and sat there reading and sipping a date tahini latte for an hour
fwiw

> 🧑 **Peter Beinart** ✔ @PeterBeinart · Nov 1, 2024
> The blue stripes on Israel's flag evoke a tallit. Are tallitot racist
> symbols too? Are menorahs? There's one on Israel's national
> emblem. If you call Jewish symbols racist because Israel
> appropriates them you're no longer just condemning Israel.
> You're condemning Judaism. x.com/m7mdkurd/statu...

○ 31      ⇄ 218      ♡ 2.1K      ᴵˡˡ 128K      🔖 ⬆

⇄ **BayArea reposted**
**ZULU** @zululosangeles · Nov 5, 2024
Collab shirt and coffee beans with Jerusalem Coffee House

Made in Oakland available tonight and in their store tomorrow

Limited Edition vibes



○      ⇄ 6      ♡ 59      ᴵˡˡ 3.1K      🔖 ⬆

**You might like**

**Stakeland** 😎 🏴  **Follow**
@stakeland

**Mona Love**  **Follow**
@Dntcalmewhitgrl

**Umair Abbasi, CPA**  **Follow**
@theumairabbasi_

Show more

**What's happening**

**28 Years Later: The Bone Temple**   ···
Now playing exclusively in theatres. Get
tickets now!
▪ Promoted by 28 Years Later: The Bone
   Temple

Trending in United States   ···
**#gooddaydetroit**

Trending   ···
**#BBMzansiS6**

Trending in United States   ···
**Dr. Martin Luther King**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ···  © 2026 X Corp.

Ⓟ **Paige Vaulter**   ···
@PaigeVault36349




Document title: (2) BayArea (@raheemjbc) / X
Capture URL: https://x.com/raheemjbc
Capture timestamp (UTC): Thu, 15 Jan 2026 15:35:35 GMT





X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Communities

Premium

Profile

More

**Post**

**BayArea**
277 posts

Follow

Q Search

us anymore and will hold our political views proudly.

Arabs and Muslims will always be seen as the enemy no matter how much we 'assimilate'

💬 17     🔁 47     ♡ 202     ᴵᶫᶦ 5.6K     🔖 ⬆️

🔁 BayArea reposted

**Nerdeen Kiswani** @NerdeenKiswani · Oct 1, 2024
They can never make me hate you 🇵🇸🇱🇧🇸🇾

💬 25     🔁 141     ♡ 822     ᴵᶫᶦ 32K     🔖 ⬆️

🔁 BayArea reposted

**Uncommon Sense** ✓ @Uncommonsince76 · Sep 27, 2024
The world 🌍 is run by white Christians, and I know this because when the richest man in the world criticized them, there was outrage.....

📕 1/6

Okay.

Jewish communties have been pushing the exact kind of dialectical hatred against whites that they claim to want people to stop using against them.

I'm deeply disinterested in giving the tiniest shit now about western Jewish populations coming to the disturbing realization that those hordes of minorities that support flooding their country don't exactly like them too much.

You want truth said to your face, there it is.

💬 1K     🔁 3.4K     ♡ 21K     ᴵᶫᶦ 1.9M     🔖 ⬆️

**Elon Musk** ✓ 🅇
@elonmusk

Subscribe

You have said the actual truth

3:52 PM · 11/15/23 · **8.4M** Views

**4.9K** Reposts  **2.7K** Quotes

**36K** Likes  **3.8K** Bookmarks

💬 213     🔁 1.6K     ♡ 10K     ᴵᶫᶦ 1.1M     🔖 ⬆️

🔁 BayArea reposted

**Eman Abdelhadi** ✓ @emanabdelhadi · Sep 26, 2024
The University of Chicago just received $100 million from an anonymous donor. Donations of that size fundamentally shift an institution's programming and priorities, and we know that donors exert influence on campus policy. So this is—as one of my colleagues put it—basically dark
Show more

💬 343     🔁 3K     ♡ 15K     ᴵᶫᶦ 1.4M     🔖 ⬆️

🔁 BayArea reposted

**Nerdeen Kiswani** @NerdeenKiswani · Sep 24, 2024
10 marches with 1,000 people each at the same time, is better than 1 march with 10,000 people.

We're not here to have a parade. We're here to disrupt the war machine.

Move like water, split into streams, and flood NYC for Palestine & Lebanon.

💬 42     🔁 339     ♡ 1.1K     ᴵᶫᶦ 78K     🔖 ⬆️

🔁 BayArea reposted

**Jake Shields** @jakeshieldsajj · Sep 1, 2024
Replying to @Israel2252
He's not an American and I know you sick demons want to sodomize me. You are disgusting filth and the world now sees you for what you are

**Paige Vaulter**
@PaigeVault36349

**You might like**

**Stakeland** ✓ 🅇
@stakeland
Follow

**Mona Love**
@Dntcalmewhitgrl
Follow

**Umair Abbasi, CPA**
@theumairabbasi_
Follow

Show more

**What's happening**

**28 Years Later: The Bone Temple**
Now playing exclusively in theatres. Get tickets now!
Promoted by 28 Years Later: The Bone Temple

Trending in United States
**#gooddaydetroit**

Trending
**#BBMzansiS6**

Trending in United States
**Dr. Martin Luther King**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ···  |  © 2026 X Corp.

Document title: (2) BayArea (@raheemjbc) / X
Capture URL: https://x.com/raheemjbc
Capture timestamp (UTC): Thu, 15 Jan 2026 15:35:35 GMT

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Communities

Premium

Profile

More

**Post**

← **BayArea**
277 posts

**Follow**

**Jake Shields** @jakeshieldsajj · Sep 1, 2024
Replying to @Israel2252
He's not an American and I know you sick demons want to sodomize me. You are disgusting filth and the world now sees you for what you are

♡ 97    ⟲ 67    ♡ 1.7K    ∎∎ 37K    🔖  ⬆

⟲ BayArea reposted

**Jake Shields** @jakeshieldsajj · Sep 1, 2024
This is Hersh Goldberg

People are saying he's an American citizen but he spent the majority of his life in Israel and served the IDF

If you are a dual citizen and fight for the other nation can you call yourself an American?



♡ 1.4K    ⟲ 3.4K    ♡ 15K    ∎∎ 931K    🔖  ⬆

**BayArea** @raheemjbc · Sep 2, 2024
The media uses the death of zionist pigs to normalize and buy time around the narrative of war. This Charlatan scumbag ro khara

 **Ro Khanna** ✓ @RoKhanna · Sep 1, 2024
My heart breaks for Hersh Goldberg-Polin and his family. We need a new direction forward for securing the release of the hostages, an end to the brutal war, and compliance with US security assistance laws.


2:09

♡    ⟲    ♡    ∎∎ 87    🔖  ⬆

**Paige Vaulter**
@PaigeVault36349    ···

⟲ BayArea reposted
**Frank.Riot** 🚩 @RiotFrank · Jul 26, 2024
These posters are up in Paris to welcome the world-renowned war

**Q Search**

**You might like**

 **Stakeland** ✓ 🏴
@stakeland    **Follow**

**Mona Love**
@Dntcalmewhitgrl    **Follow**

 **Umair Abbasi, CPA**
@theumairabbasi_    **Follow**

Show more

**What's happening**

**28 Years Later: The Bone Temple** ···
Now playing exclusively in theatres. Get tickets now!
▣ Promoted by 28 Years Later: The Bone Temple

Trending in United States    ···
#gooddaydetroit

Trending    ···
#BBMzansiS6

Trending in United States    ···
**Dr. Martin Luther King**

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More··· © 2026 X Corp.

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Communities

Premium

Profile

More

**Post**

**BayArea**
277 posts

**Follow**

💬    ↻    ♡    ılı 87    🔖 ↥

↻ BayArea reposted

**Frank.Riot** 🌹 @RiotFrank · Jul 26, 2024    ∅ •••
These posters are up in Paris to welcome the world-renowned war criminals to the games.

#Paris2024



⊘

**Content Warning: Graphic Content**

X labeled this post as containing Graphic Content.

**Show**

💬 461    ↻ 18K    ♡ 70K    ılı 1.3M    🔖 ↥

↻ BayArea reposted

**Global Folder** ✓ @Global_Folder · Jun 25, 2024    ∅ •••
A Kenyan protester smoking teargas from a canister thrown at him by the Anti-Riot police officers in the ongoing protests

#RejectFinanceBill2o24 #REJECTFINANCEBILL2024

Nyeri LIVE

▶

💬 980    ↻ 19K    ♡ 57K    ılı 21M    🔖 ↥

**BayArea** @raheemjbc · Jun 27, 2024    ∅ •••
Crazy all these orientalist playwrights like @ayadakhtar and other brown token Muslims. Who have penned islamaphobic depictions of our cultures and identities. Can't lift the the pen in their broken, fractured, corrupt hands to pen the truth and a real visualization of the
Show more

💬    ↻    ♡ 1    ılı 70    🔖 ↥

↻ BayArea reposted

**Nerdeen Kiswani** @NerdeenKiswani · Jun 24, 2024    ∅ •••
Thanks to PYM for taking a clear principled stance against the attacks and demonization of our movement.

We unite in fighting for the liberation of our people and refuse normalizing genocide.


**Paige Vaulter**    •••
@PaigeVault36349

🔍 Search

**You might like**

**Stakeland** ✓ 🏴
@stakeland    **Follow**

**Mona Love**
@Dntcalmewhitgrl    **Follow**

**Umair Abbasi, CPA**
@theumairabbasi_    **Follow**

Show more

**What's happening**

**28 Years Later: The Bone Temple**    •••
Now playing exclusively in theatres. Get tickets now!
▪ Promoted by 28 Years Later: The Bone Temple

Trending in United States    •••
#gooddaydetroit

Trending    •••
#BBMzansiS6

Trending in United States    •••
Dr. Martin Luther King

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More •••    © 2026 X Corp.





Document title: (2) BayArea (@raheemjbc) / X
Capture URL: https://x.com/raheemjbc
Capture timestamp (UTC): Thu, 15 Jan 2026 15:35:35 GMT

# X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- Bookmarks
- Creator Studio
- Communities
- Premium
- Profile
- More

**Post**

## BayArea
277 posts

**Follow**

Q Search



**Nerdeen Kiswani** @NerdeenKiswani · Jun 24, 2024

Thanks to PYM for taking a clear principled stance against the attacks and demonization of our movement.

We unite in fighting for the liberation of our people and refuse normalizing genocide.

We will call out all those complicit. As palestinians, if we don't, then who will?

> ❖ **Palestinian Youth Movem...** @palyouthm... · Jun 24, 2024
> PYM's response to recent attacks and demonization of the Palestinian liberation movement in the United States by opportunists and members of the so-called "American left":
>
> For the last 9 months, people all across the United States have...
> Show more

💬 18    ♻ 102    ♡ 399    ⅈⅼⅈ 22K    🔖  ⬆

↺ BayArea reposted

**Nerdeen Kiswani** @NerdeenKiswani · Jun 22, 2024

While AOC supporters got heat stroke for their failure to provide water, @WOLPalestine was providing water to both people who attended our action and their rally.

> 🔵 **Luis.Documents**👊 @mfsgottenshook · Jun 22, 2024
> It seems the AOC rally has ended early due to possible heat strokes/ heat exhaustion. Ambulances are now pouring into the park while attendees leave they are follow by Palestine protesters.
> ...
> Show more



💬 39    ♻ 233    ♡ 774    ⅈⅼⅈ 78K    🔖  ⬆

↺ BayArea reposted

**Nerdeen Kiswani** @NerdeenKiswani · Jun 23, 2024
This is shameful and destructive.



**Paige Vaulter**
@PaigeVault36349
···

### You might like

 **Stakeland** ✓ 🏴
@stakeland     **Follow**

 **Mona Love**
@Dntcalmewhitgrl     **Follow**

 **Umair Abbasi, CPA**
@theumairabbasi_     **Follow**

Show more

### What's happening

**28 Years Later: The Bone Temple**  ···
Now playing exclusively in theatres. Get tickets now!
Promoted by 28 Years Later: The Bone Temple

Trending in United States  ···
**#gooddaydetroit**

Trending  ···
**#BBMzansiS6**

Trending in United States  ···
**Dr. Martin Luther King**

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More··· | © 2026 X Corp.

Document title: (2) BayArea (@raheemjbc) / X
Capture URL: https://x.com/raheemjbc
Capture timestamp (UTC): Thu, 15 Jan 2026 15:35:35 GMT

# X

- **Home**
- **Explore**
- **Notifications**
- **Follow**
- **Chat**
- **Grok**
- **Bookmarks**
- **Creator Studio**
- **Communities**
- **Premium**
- **Profile**
- **More**

**Post**

## BayArea
277 posts

**Follow**

🔍 Search

crime.

**AP The Associated Press** ✔ @AP · 15h
BREAKING: Rocket sirens sound in Tel Aviv for the first time in months. Hamas says it fired a barrage from Gaza. apnews.com/article/israel...

9:24 AM · 5/26/24 From Earth · **461K** Views

**Ariel Gold אריאל** 🔯☮️🕊️ @ArielElyseGold · Jun 23, 2024
This is shameful and destructive. x.com/ScooterCasterN...

💬 26        🔁 98        ♡ 551        📊 26K        🔖 ⬆️

**BayArea** @raheemjbc · Jun 16, 2024
👊👊👊

**Hillel Fuld** ✔ @HilzFuld · Jun 16, 2024
The name has been released.

Eli-Moshe Zimbalist, an extraordinary 21 year old young man who was loved by everyone, including me. I will miss him.
...
Show more

💬        🔁        ♡ 4        📊 70        🔖 ⬆️

🔁 **BayArea reposted**

**Nerdeen Kiswani** @NerdeenKiswani · Jun 14, 2024
Don't talk about sharpening contradictions in theoretical statements online and distance yourself from the people actually doing that. The folks doing the sharpening are thrown under the bus and need fierce support and advocacy. Build the movement not just your organization.

💬 17        🔁 59        ♡ 233        📊 17K        🔖 ⬆️

🔁 **BayArea reposted**

**Daniel Haqiqatjou** ✔ @Haqiqatjou · Apr 16, 2024
Rabbi Faris and the Madkhalis strongly support Jordan using its military to protect Israel but not the Palestinians who are facing a genocide.


**Paige Vaulter**
@PaigeVault36349



### You might like

**Stakeland** ✔ 🔰
@stakeland
**Follow**

**Mona Love**
@Dntcalmewhitgrl
**Follow**

**Umair Abbasi, CPA**
@theumairabbasi_
**Follow**

Show more

### What's happening

**28 Years Later: The Bone Temple** ···
Now playing exclusively in theatres. Get tickets now!
📽️ Promoted by 28 Years Later: The Bone Temple

Trending in United States
**#gooddaydetroit**

Trending
**#BBMzansiS6**

Trending in United States
**Dr. Martin Luther King**

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ··· | © 2026 X Corp.

Document title: (2) BayArea (@raheemjbc) / X
Capture URL: https://x.com/raheemjbc
Capture timestamp (UTC): Thu, 15 Jan 2026 15:35:35 GMT

X

🏠 Home

🔍 Explore

🔔 Notifications

👥 Follow

✉️ Chat

Ⓖ Grok

🔖 Bookmarks

👤 Creator Studio

👥 Communities

𝕏 Premium

👤 Profile

⋯ More

**Post**

Paige Vaulter
@PaigeVault36349 ⋯

← **BayArea**
277 posts

**Follow**

🔍 Search

⤴ BayArea reposted

**Daniel Haqiqatjou** ✓ @Haqiqatjou · Apr 16, 2024      Ⓖ ⋯
Rabbi Faris and the Madkhalis strongly support Jordan using its military to protect Israel but not the Palestinians who are facing a genocide.

How can anyone doubt that Madkhalis are Zionists who want to establish a Jewish-Sunni alliance (e.g., Abraham accords)?

The politics
Show more

**Faris Al Hammadi** ✓     **Follow**     ⋮
@FarisHammadi

May Allah protect Jordan and its King from the Khawarij.

These dogs of the hellfire want all Muslim countries to suffer from chaos and destruction.

Pure evil.

💬 242      ⟲ 760      ♡ 3.6K      📊 158K      🔖 ⬆

⤴ **BayArea reposted**

**Margaret Kimberley** @freedomrideblog · Mar 26, 2024      Ⓖ ⋯
Nepo kid, son of NY Times correspondent, is a Zionist snitch, crying because everyone doesn't love apartheid Israel and putting others at legal and professional risk. He could even be lying. He mentions and allegedly quotes people who I think have grounds to sue. Fk him!

**Theo Baker** @tab_delete · Mar 26, 2024
My piece today in @theatlantic is the product of five months of work, dozens of hours of interviews, and a lot of personal anguish. It tells the story of a campus consumed in unique fashion by bigotry, of reasonable students enabling rancor. Take a read!

💬 23      ⟲ 150      ♡ 649      📊 15K      🔖 ⬆

⤴ **BayArea reposted**

**Mohammed Hijab** ✓ @mohammed_hijab · Mar 27, 2024      Ⓖ ⋯
unholy shmuley is finished.

💬 315      ⟲ 900      ♡ 11K      📊 674K      🔖 ⬆

⤴ **BayArea reposted**

**annie fofani** ✓ 🇵🇸 @anniefofani · Mar 22, 2024      Ⓖ ⋯
Phenomenal testimony by @NerdeenKiswani, NYC Palestinian-American leader, in front of NY City Council. if you don't follow her, you should. She's on the front line in a city politically dominated by zionists, one currently accusing her of terrorism.

**Jason Curtis Anderson** ✓ @JCAndersonNYC · Mar 21, 2024
"If the City Council does not hold the NYPD accountable, Allah will!"

Nerdeen Kiswani from Within Our Lifetime testified in front of the NYC Council last night, yelling over CM Yusef Salaam before …



**You might like**

🏔 **Stakeland** ✓ 🏳      **Follow**
@stakeland

**Mona Love**      **Follow**
@Dntcalmewhitgrl

**Umair Abbasi, CPA**      **Follow**
@theumairabbasi_

Show more

**What's happening**

**28 Years Later: The Bone Temple**      ⋯
Now playing exclusively in theatres. Get tickets now!
⬛ Promoted by 28 Years Later: The Bone Temple

Trending in United States      ⋯
**#gooddaydetroit**

Trending      ⋯
**#BBMzansiS6**

Trending in United States      ⋯
**Dr. Martin Luther King**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy
Accessibility  |  Ads info  |  More ⋯      © 2026 X Corp.



Document title: (2) BayArea (@raheemjbc) / X
Capture URL: https://x.com/raheemjbc
Capture timestamp (UTC): Thu, 15 Jan 2026 15:35:35 GMT

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Communities

Premium

Profile

More

**Post**

**Paige Vaulter**
@PaigeVault36349

**BayArea**
277 posts

**Follow**

NYC Council last night, yelling over CM Yusef Salaam before ...




THE COUNCIL                    03/20/2024
NY gov   Fiscal Year 2025 Preliminary Budget Hearing:
4:18        Committee on Public Safety

💬 1        ⟳ 17        ♡ 32        ㎏ 2.4K        🔖 ↥

⟳ BayArea reposted

**Jake Shields** @jakeshieldsajj · Mar 19, 2024        ⊘ ···
Replying to @dschorrnyc and @StopAntisemites
I wouldn't get you post deleted for saying whites did that and Jews
did bring terrorism to the Middle East.   That is a fact

💬 14        ⟳ 13        ♡ 457        ㎏ 8.5K        🔖 ↥

⟳ BayArea reposted

**People's Programs** @ppls_programs · Mar 14, 2024        ⊘ ···
This Holy month of Ramadan, we are blessed to announce our
second Community Business Initiative with Jerusalem Coffee House.
We will be hosting a free community iftar and will be breaking fasts
together. Additionally, we will have an exclusive merchandise
collaboration...(cont)



💬 3        ⟳ 16        ♡ 25        ㎏ 2.7K        🔖 ↥

⟳ BayArea reposted

**RYAN GARCIA** ✓ @RyanGarcia · Mar 6, 2024        ⊘ ···
WHAT ABOUT GAZA KIDS BEING KILLED, I HEAR THE CRIES IM
SORRY IT TOOK ME SO LONG TO STAND UP FOR YALL.

💬 1K        ⟳ 12K        ♡ 77K        ㎏ 7.2M        🔖 ↥

**BayArea** @raheemjbc · Feb 22, 2024        ⊘ ···
This coward has been neutered by aipac, and has a mouthful of
hasbara that exudes fuming like shit

🚫 **Congressman Andy Ogles** ✓ @AndyOgles · Feb 22, 2024
Motto:
Do the right thing, for the right reasons, then stand in the gap.
#neverbackdown



Rep. Andy Ogles:
"Death To Hamas."

🔍 Search

## You might like

**Stakeland** ✓ 🔳        **Follow**
@stakeland

**Mona Love**        **Follow**
@Dntcalmewhitgrl

**Umair Abbasi, CPA**        **Follow**
@theumairabbasi_

Show more

## What's happening

**28 Years Later: The Bone Temple**        ···
Now playing exclusively in theatres. Get
tickets now!
Promoted by 28 Years Later: The Bone
Temple

Trending in United States        ···
**#gooddaydetroit**

Trending        ···
**#BBMzansiS6**

Trending in United States        ···
**Dr. Martin Luther King**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ···  © 2026 X Corp.

Document title: (2) BayArea (@raheemjbc) / X
Capture URL: https://x.com/raheemjbc
Capture timestamp (UTC): Thu, 15 Jan 2026 15:35:35 GMT

# X

- 🏠 Home
- 🔍 Explore
- 💬 Notifications
- 👥 Follow
- ✉️ Chat
- Ⓖ Grok
- 🔖 Bookmarks
- 🎨 Creator Studio
- 👥 Communities
- 𝕏 Premium
- 👤 Profile
- ⚙️ More

**Post**

← **BayArea**
277 posts
#neverbackdown

**Follow**



## Rep. Andy Ogles: "Death To Hamas."

When accosted by a pro-Hamas activist on Capitol Hill last week, I stated (in reference to the Hamas terrorist group), "You know what? I think we should kill them all, if that makes you feel better. Everybody in Hamas."

On October 7th, Hamas committed atrocities that are beyond normal comprehension and a manifestation of evil here on earth, including the rape and torture of infants, the rape and torture of young girls and boys, the rape and torture of women and men—including the cutting off of women's breasts while they were alive and being gang-raped, the mutilation and removal of men's testicles, and of course, the slaughter of innocent lives.

These terrorists deserve to die. I was clearly referencing Hamas terrorists during the exchange. Democrats and leftist media, who appear incapable of categorically denouncing the events of October 7th, are desperately attempting to shift blame—a classic Marxian tactic. They're fabricating a demonstrably false narrative to distract from the fact that their ideology is giving rise to anti-Semitic hate across the nation.

I stand by Israel and their right to punish Hamas on a scale of Biblical proportion, including their accomplices and the facilitators of the aforementioned atrocities. I stand by what I said: Death to Hamas.

In Freedom,

*Andy Ogles*
Congressman Andy Ogles

💬   ↻   ♡ 3   📊 166   🔖 ↥

↻ **BayArea reposted**

**Ramy Abdu| رامي عبده** ✓ @RamAbdu · Dec 31, 2023   Ⓖ ⋯
Israeli soldiers inside a military bulldozer addressing Khan Younis residents: 'These are your homes, and we are destroying it.'
#GazaGenocide

💬 548   ↻ 2.7K   ♡ 2.9K   📊 4.1M   🔖 ↥

↻ **BayArea reposted**

**Yousef Munayyer** ✓ @YousefMunayyer · Nov 29, 2023   Ⓖ ⋯
This morning I got an email from a cable news network asking me to come on to talk about the "truce" and what happens next. I told them I'd be happy to do so. Then...

💬 142   ↻ 5.5K   ♡ 16K   📊 2.2M   🔖 ↥

↻ **BayArea reposted**

**Haneen Harara** @HaneenHarara · Jul 3, 2023   Ⓖ ⋯
UPDATE| At least 15  Palestinian were injured by an Israeli missile strike in the center of Jenin camp in the Westbank

💬   ↻ 1   ♡   📊 167   🔖 ↥

Ⓟ **Paige Vaulter** ⋯
@PaigeVault36349

🔍 Search

### You might like

**Stakeland** ✓ 🏅
@stakeland
**Follow**

**Mona Love**
@Dntcalmewhitgrl
**Follow**

**Umair Abbasi, CPA**
@theumairabbasi_
**Follow**

Show more

### What's happening

**28 Years Later: The Bone Temple** ⋯
Now playing exclusively in theatres. Get tickets now!
Promoted by 28 Years Later: The Bone Temple

Trending in United States   ⋯
**#gooddaydetroit**

Trending   ⋯
**#BBMzansiS6**

Trending in United States   ⋯
**Dr. Martin Luther King**

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ⋯ | © 2026 X Corp.

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Communities

Premium

Profile

More

**Post**

**BayArea**
277 posts

Follow

Q Search

**BayArea reposted**

**Haneen Harara** @HaneenHarara · Jul 3, 2023
UPDATE| At least 15 Palestinian were injured by an Israeli missile strike in the center of Jenin camp in the Westbank

💬     ⟲ 1     ♡     📊 167     🔖 ⬆️

**BayArea** @raheemjbc · Apr 20, 2023
The storyline here. x.com/FightHaven/sta...

This Post is from a suspended account. Learn more

💬     ⟲     ♡ 2     📊 165     🔖 ⬆️

**You might like**



**Stakeland** ✓ 🏴
@stakeland

Follow

**Mona Love**
@Dntcalmewhitgrl

Follow

**Umair Abbasi, CPA**
@theumairabbasi_

Follow

Show more

**BayArea reposted**

**100%** 🐝 @honeyhellavibey · Apr 10, 2023
There's no one soul out there than can stop your bag and your blessings.

Trust me. If God wanted you to have it, there's NOTHING out there that can keep it away from you.

💬 1     ⟲ 2     ♡ 4     📊 297     🔖 ⬆️

**BayArea reposted**

**100%** 🐝 @honeyhellavibey · Mar 9, 2023
I just won a $10,000 grant for my artistry and community!!! WHOO HOOO!! 🎉

💬 15     ⟲ 21     ♡ 175     📊 10K     🔖 ⬆️

**BayArea reposted**

**UNRWA USA** @unrwausa · Sep 28, 2022
Our premiere-level sponsor - the Jerusalem Boxing Club - has pledged to DOUBLE your gift to trauma counseling in Gaza if you give through the link: bit.ly/3xWbOKj

Will you make a small gift before Saturday to help us reach $10,000 in matched giving?

#Gaza5k #yalla

**What's happening**

**28 Years Later: The Bone Temple** ⋯
Now playing exclusively in theatres. Get tickets now!
Promoted by 28 Years Later: The Bone Temple

Trending in United States     ⋯
**#gooddaydetroit**

Trending     ⋯
**#BBMzansiS6**

Trending in United States     ⋯
**Dr. Martin Luther King**

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ⋯ | © 2026 X Corp.



Thank you to our Gaza 5K sponsors who are matching donations to deliver mental health services to Palestine refugees.

**unrwa** usa national committee

💬     ⟲ 2     ♡ 3     📊     🔖 ⬆️

**BayArea reposted**

**Hamzah Raza** @raza_hamzah · Sep 21, 2022
I'm crying. This dude's Uber driver inspired a sermon cuz he stopped to pray Dhuhr 😂 😂

(P) **Paige Vaulter**     ⋯
@PaigeVault36349





X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Communities

Premium

Profile

More

**Post**

← **BayArea**
277 posts

**Follow**

🔍 Search

I'm crying. This dude's Uber driver inspired a sermon cuz he stopped to pray Dhuhr 😂 😂



Likes

902

💬 305   🔁 3.6K   ♡ 10K   📊   🔖 ⬆️

**BayArea** @raheemjbc · Aug 24, 2022   ⌀ ···
The myth, the man, the legend #1984global @condethepeople

💬 11   🔁 9   ♡ 36   📊   🔖 ⬆️

🔁 **BayArea reposted**
**SolarPunk** @yurilott · Aug 19, 2022   ⌀ ···
Replying to @1984global
Lets go, gang!

**You might like**

**Stakeland** ✓ 🔳
@stakeland
**Follow**

**Mona Love**
@Dntcalmewhitgrl
**Follow**

**Umair Abbasi, CPA**
@theumairabbasi_
**Follow**

Show more

**What's happening**

**28 Years Later: The Bone Temple** ···
Now playing exclusively in theatres. Get tickets now!
Promoted by 28 Years Later: The Bone Temple

Trending in United States   ···
**#gooddaydetroit**

Trending   ···
**#BBMzansiS6**

Trending in United States   ···
**Dr. Martin Luther King**

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2026 X Corp.

P **Paige Vaulter**   ···
@PaigeVault36349





Document title: (2) BayArea (@raheemjbc) / X
Capture URL: https://x.com/raheemjbc
Capture timestamp (UTC): Thu, 15 Jan 2026 15:35:35 GMT

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Communities

Premium

Profile

More

**Post**

**BayArea**
277 posts

**Follow**

Q Search

○   ⟲ 1   ♡ 7   ılı   🔖 ⬆

⟲ **BayArea reposted**

**Oleg** @shambolic_eth · Aug 18, 2022        ⊘ ···

hi @ar415__ and all guys! I was inspired by your photo on Instagram and decided to make art especially for you. It already my 6th art. @1984global

○   ⟲ 1   ♡ 4   ılı   🔖 ⬆

⟲ **BayArea reposted**

**Jaspe** ✓ @rfngljaspe · Aug 15, 2022        ⊘ ···

Hi guys! I made my second fan art with a lot of love for u @1984global! Tupac was one of the biggest artist in the history and i tried to honor him with this piece. I hope like it. ❤️🎤 #1984global @ar415__ @condethepeople @ChrisMortin1 @Ataywith @Aleshiaaa19

**Paige Vaulter**
@PaigeVault36349        ···

○ 2   ⟲ 7   ♡ 9   ılı   🔖 ⬆

**You might like**

**Stakeland** ✓ 🏆
@stakeland                **Follow**

**Mona Love**
@Dntcalmewhitgrl          **Follow**

**Umair Abbasi, CPA**
@theumairabbasi_          **Follow**

Show more

**What's happening**

**28 Years Later: The Bone Temple**        ···
Now playing exclusively in theatres. Get tickets now!
▫ Promoted by 28 Years Later: The Bone Temple

Trending in United States        ···
**#gooddaydetroit**

Trending        ···
**#BBMzansiS6**

Trending in United States        ···
**Dr. Martin Luther King**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy
Accessibility  |  Ads info  |  More ···    © 2026 X Corp.





# X

## Home
## Explore
## Notifications
## Follow
## Chat
## Grok
## Bookmarks
## Creator Studio
## Communities
## Premium
## Profile
## More

**Post**

← **BayArea**
277 posts

💬 2      🔁 7      ♡ 9      �ᵢₗᵢ      🔖 ⤴

**BayArea** @raheemjbc · Aug 15, 2022
BLACKLIST!!!!! x.com/1984global/sta...

This Post is from an account that no longer exists. Learn more

💬 11      🔁 2      ♡ 15      �ᵢₗᵢ      🔖 ⤴

🔁 **BayArea reposted**

**Duckalorian** @AliAsghar_8791 · Aug 13, 2022
@condethepeople
@ar415__
@1984global
#1984global
Discord: 1984 | aliasghar | Duckalorian#4438



💬      🔁 1      ♡ 3      ⁱₗᵢ      🔖 ⤴

🔁 **BayArea reposted**

**Duckalorian** @AliAsghar_8791 · Aug 13, 2022
@condethepeople
@ar415__
@1984global
#1984global
Discord: 1984 | aliasghar | Duckalorian#4438

**Paige Vaulter**
@PaigeVault36349  ...

**Follow**

🔍 Search

### You might like

**Stakeland** ✔ 🔳
@stakeland                     **Follow**

**Mona Love**
@Dntcalmewhitgrl               **Follow**

**Umair Abbasi, CPA**
@theumairabbasi_               **Follow**

Show more

### What's happening

**28 Years Later: The Bone Temple**      ...
Now playing exclusively in theatres. Get tickets now!
📺 Promoted by 28 Years Later: The Bone Temple

Trending in United States            ...
**#gooddaydetroit**

Trending                             ...
**#BBMzansiS6**

Trending in United States            ...
**Dr. Martin Luther King**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ···  © 2026 X Corp.




Document title: (2) BayArea (@raheemjbc) / X
Capture URL: https://x.com/raheemjbc
Capture timestamp (UTC): Thu, 15 Jan 2026 15:35:35 GMT

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Communities

Premium

Profile

More

**Post**

**BayArea**
277 posts

← **Follow**

**Finally, I have them all**

💬    ↻ 1    ♡ 4    ılı    🔖 ↥

↻ **BayArea reposted**

**0xCOTO 〈TYP/SSE〉** @cotoblockchain · Aug 13, 2022    ⌀ ···
@1984global Repost: If evil corp wants to go to war, #misfits got that burner for those time hunters! 🎯

❤️ = if you're feeling the "Thriller" drip

@ohsochloeh
@bashoeth
@condethepeople
@jonnycakez
@_helladom
@ar415__

#DONTBELATE, 3 #Fanarts #NFTCommmunity

💬    ↻ 1    ♡ 2    ılı    🔖 ↥

↻ **BayArea reposted**

**Boom...wtf69** @boom_wtf69 · Aug 11, 2022    ⌀ ···
my new art for you ❤️ i'll keep going 1984! seeing how you work, I want to help you and support you! hope you enjoy my new 10 art for you <3 @1984global @ar415__
@condethepeople #1984GLOBALart


**Paige Vaulter**
@PaigeVault36349    ···

Q Search

**You might like**

**Stakeland** ✓ 🏙    **Follow**
@stakeland

**Mona Love**    **Follow**
@Dntcalmewhitgrl

**Umair Abbasi, CPA**    **Follow**
@theumairabbasi_

Show more

**What's happening**

**28 Years Later: The Bone Temple** ···
Now playing exclusively in theatres. Get tickets now!
▪ Promoted by 28 Years Later: The Bone Temple

Trending in United States    ···
**#gooddaydetroit**

Trending    ···
**#BBMzansiS6**

Trending in United States    ···
**Dr. Martin Luther King**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ···  © 2026 X Corp.



# X

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications
- 👤 Follow
- ✉️ Chat
- Ⓖ Grok
- 🔖 Bookmarks
- 👤 Creator Studio
- 👥 Communities
- 𝕏 Premium
- 👤 Profile
- ⊙ More

**Post**

---

### ← BayArea
277 posts

**Follow**



💬 3        🔁 8        ♡ 33        ılıl        🔖 ⬆️

🔁 **BayArea reposted**

**John W. Rich Kid Sister** ◆ @kingsleyfosho · Aug 11, 2022   ⊘  ⋯
@ar415__ @1984global is the best out there 🙌

💬        🔁 1        ♡ 1        ılıl        🔖 ⬆️

🔁 **BayArea reposted**

**Burhan Kapasi** @Burhankapasii · Aug 10, 2022     ⊘  ⋯
I wonder what's coming • • • •

@condethepeople @1984global

💬        🔁 1        ♡ 5        ılıl        🔖 ⬆️

🔁 **BayArea reposted**

**Raph** @Raff_El · Aug 9, 2022     ⊘  ⋯
Replying to @raheemjbc @1984global and @alexi_nft
Yeah. We stay dreaming!

---

🔍 Search

**You might like**

**Stakeland** ✅ 🔲
@stakeland                    **Follow**

**Mona Love**
@Dntcalmewhitgrl              **Follow**

**Umair Abbasi, CPA**
@theumairabbasi_             **Follow**

Show more

**What's happening**

**28 Years Later: The Bone Temple**   ⋯
Now playing exclusively in theatres. Get
tickets now!
🔲 Promoted by 28 Years Later: The Bone
Temple

Trending in United States          ⋯
**#gooddaydetroit**

Trending                           ⋯
**#BBMzansiS6**

Trending in United States          ⋯
**Dr. Martin Luther King**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ···  © 2026 X Corp.

---

Ⓟ **Paige Vaulter**   ⋯
@PaigeVault36349

Document title: (2) BayArea (@raheemjbc) / X

Capture URL: https://x.com/raheemjbc

Capture timestamp (UTC): Thu, 15 Jan 2026 15:35:35 GMT

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Communities

X Premium

Profile

More

Post

Paige Vaulter
@PaigeVault36349

**BayArea**
277 posts

Follow

Q Search

⟲ 1        ♡ 5

⟲ **BayArea reposted**

**Raph** @Raff_El · Aug 9, 2022
Replying to @raheemjbc @1984global and @alexi_nft
Yeah. We stay dreaming!

⟲ 1        ♡ 2

⟲ **BayArea reposted**

**Papaki** @aleximeta · Aug 4, 2022
You may know me as a fellow degenerate, but sometimes I step behind a camera and make things. x.com/1984global/sta...

This post is unavailable.

♡ 9        ⟲ 6        ♡ 15

⟲ **BayArea reposted**

**Papaki** @aleximeta · Aug 9, 2022
New work for @1984global starring @condethepeople 🎬 x.com/1984global/sta...

This post is unavailable.

♡ 2        ⟲ 4        ♡ 11

⟲ **BayArea reposted**

**maenatt** 🦕 @maenatt · Aug 8, 2022
DID YOU KNOW: Steve Jobs introduced the first Macintosh on January 24th of @1984global
Would you have bought it at $2,500?



♡ 36        ⟲ 47        ♡ 222

⟲ **BayArea reposted**

**MAMADY CONDÉ** @condethepeople · Feb 14, 2022
When you build an technological ecosystem like web3

where the nature of participation/contribution is also rooted in ownership & financial legibility

the secondary layer of "culture wars" becomes 10x more vicious

If one side effects the the bag of the other, expect conflict

♡ 2        ⟲ 6        ♡ 27

⟲ **BayArea reposted**

**Haneen Harara** @HaneenHarara · Aug 7, 2022

**You might like**

**Stakeland** ✓ 🏁
@stakeland

Follow

**Mona Love**
@Dntcalmewhitgrl

Follow

**Umair Abbasi, CPA**
@theumairabbasi_

Follow

Show more

**What's happening**

**28 Years Later: The Bone Temple**
Now playing exclusively in theatres. Get tickets now!
Promoted by 28 Years Later: The Bone Temple

Trending in United States
**#gooddaydetroit**

Trending
**#BBMzansiS6**

Trending in United States
**Dr. Martin Luther King**

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ... © 2026 X Corp.

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Communities

X Premium

Profile

More

**Post**

**BayArea**
277 posts

**Follow**

If one side effects the the bag of the other, expect conflict

💬 2        🔁 6        ♡ 27        ᘛ        🔖 ↥

🔁 BayArea reposted

**Haneen Harara** @HaneenHarara · Aug 7, 2022        Ø ···
Rockets falling nearby, house is shaking, yet I'm numb, very numb, can't even move or flinch. Outside my window. Israeli F16s & warplanes remain in the air. #GazaUnderAttack

💬 2        🔁 15        ♡ 29        ᘛ        🔖 ↥

🔁 BayArea reposted

**Haneen Harara** @HaneenHarara · Aug 7, 2022        Ø ···
😷 6 victims of an Israeli airstrike targeted their home, killed their father and mother!
In #Gaza childhood killed in a cold blood.
#Gaza_Under_Bombed

💬        🔁 1        ♡ 6        ᘛ        🔖 ↥

🔁 BayArea reposted

**Haneen Harara** @HaneenHarara · Aug 7, 2022        Ø ···
I have the right to live in #Peace and justice, I'm a human  not a target for the Israeli airstrike's hits #GazaUnderAttack

💬        🔁 1        ♡ 2        ᘛ        🔖 ↥

🔁 BayArea reposted

**Casey Neistat** ✔ @Casey · Jul 23, 2022        Ø ···
new look, whatd you think?

MAMADY CONDÉ

🔍 Search

**You might like**

**Stakeland** ✔ 🎖
@stakeland                    **Follow**

**Mona Love**
@Dntcalmewhitgrl            **Follow**

**Umair Abbasi, CPA**
@theumairabbasi_            **Follow**

Show more

**What's happening**

**28 Years Later: The Bone Temple** ···
Now playing exclusively in theatres. Get tickets now!
🎟 Promoted by 28 Years Later: The Bone Temple

Trending in United States        ···
#gooddaydetroit

Trending        ···
#BBMzansiS6

Trending in United States        ···
**Dr. Martin Luther King**

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ··· © 2026 X Corp.


**Paige Vaulter**
@PaigeVault36349





Document title: (2) BayArea (@raheemjbc) / X
Capture URL: https://x.com/raheemjbc
Capture timestamp (UTC): Thu, 15 Jan 2026 15:35:35 GMT

### X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- Bookmarks
- Creator Studio
- Communities
- X Premium
- Profile
- More

**Post**

**Paige Vaulter**
@PaigeVault36349

**BayArea**
277 posts

**Follow**

MAMADY CONDÉ

💬 474   🔁 287   ♡ 8.8K   📊   🔖 ⬆

🔁 **BayArea reposted**

**Boom...wtf69** @boom_wtf69 · Aug 5, 2022   ⊘ ...
6 hours of work <3 But every day I see only more hype and noise 1984!! lfg guys!!! only forward🥳 @1984global @ar415__ @condethepeople #missfit1984moonNFT



💬 2   🔁 4   ♡ 26   📊   🔖 ⬆

🔁 **BayArea reposted**

**Nuria** @Noriadaboss · Aug 5, 2022   ⊘ ...
Replying to @JuujuGirl and @1984global
I have been there and seen everything from ideation to now....the artist has been paid for his work and in fact he is the one who is doing conde dirty by not releasing the art he already got paid for...

💬 2   🔁 1   ♡ 6   📊   🔖 ⬆

**BayArea** @raheemjbc · Aug 5, 2022   ⊘ ...
#kavinsky 😂😂😂😂😂 first thing that comes up when I search #kavinsky #1984redux #1984global

**Anyone Wearing a Letterman**

**Kavinsky Stans**

**thelastmemehican** When greasy ol' Pespi drinkin' sweatin' stinkin' lil French Miss Piggie @kavinsky comes ta smell up ya shitty social network with his scrotelicking entirely unimaginative stans.

#unoriginalshitfester

💬 3   🔁 1   ♡ 6   📊   🔖 ⬆

🔍 Search

**You might like**

 **Stakeland** ✓ 🎮
@stakeland   **Follow**

**Mona Love**
@Dntcalmewhitgrl   **Follow**

**Umair Abbasi, CPA**
@theumairabbasi_   **Follow**

Show more

**What's happening**

**28 Years Later: The Bone Temple** ...
Now playing exclusively in theatres. Get tickets now!
📽 Promoted by 28 Years Later: The Bone Temple

Trending in United States   ...
**#gooddaydetroit**

Trending   ...
**#BBMzansiS6**

Trending in United States   ...
**Dr. Martin Luther King**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ···   © 2026 X Corp.

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Communities

Premium

Profile

More

Post

**BayArea**
277 posts

Follow

Search

sweatin' stinkin' lil French Miss Piggie @kavinsky comes ta smell up ya shitty social network with his scrotelicking entirely unimaginative stans

#unoriginalshitfester

💬 3        ⟲ 1        ♡ 6        📊              🔖 ↥

⟲ BayArea reposted

**Boom...wtf69** @boom_wtf69 · Aug 4, 2022          ⌀ ...
and now, I'll post all the work at once, disperse the noise and the public together! @1984global  @ar415__  lfg guys!!!
#moon1984redux



💬 1        ⟲ 4        ♡ 16        📊              🔖 ↥

⟲ BayArea reposted

**MAMADY CONDÉ** @condethepeople · Aug 4, 2022          ⌀ ...
Replying to @boom_wtf69 and @1984global

💬        ⟲ 2        ♡ 7        📊              🔖 ↥

⟲ BayArea reposted

**chu** @Chuuu_nft · Aug 4, 2022          ⌀ ...
Just finished creating a fan art for @1984global. Hope you also love painted arts ❤️

## You might like

**Stakeland** ✓ 📛
@stakeland                    Follow

**Mona Love**
@Dntcalmewhitgrl              Follow

**Umair Abbasi, CPA**
@theumairabbasi_              Follow

Show more

## What's happening

**28 Years Later: The Bone Temple** ···
Now playing exclusively in theatres. Get tickets now!
📽 Promoted by 28 Years Later: The Bone Temple

Trending in United States ···
**#gooddaydetroit**

Trending ···
**#BBMzansiS6**

Trending in United States ···
**Dr. Martin Luther King**

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ··· © 2026 X Corp.

P **Paige Vaulter** ···
@PaigeVault36349





Document title: (2) BayArea (@raheemjbc) / X
Capture URL: https://x.com/raheemjbc
Capture timestamp (UTC): Thu, 15 Jan 2026 15:35:35 GMT





X

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications
- 👤⁺ Follow
- ✉️ Chat
- Grok
- 🔖 Bookmarks
- Creator Studio
- 👥 Communities
- X Premium
- 👤 Profile
- ⋯ More

**Post**

← **BayArea**
277 posts

**Follow**

🔍 Search

💬 2    🔁 1    ♡ 11    📊    🔖 ⬆️

**BayArea** @raheemjbc · Aug 3, 2022    ⌀ ⋯
Loving the beauty and talent in the @1984global community

> 🟢 **Avakado from MARS** @Dmitry_eth · Aug 3, 2022
> WOW !
> How cool it is here! 😈
> I'm getting high, yeah!
> The project is just a plague ! 😍
> ...



💬 4    🔁 2    ♡ 9    📊    🔖 ⬆️

**BayArea** @raheemjbc · Aug 3, 2022    ⌀ ⋯
Excited to join the @1984global Team and start rebuilding. We have a lot in store for you all and look forward to seeing you all in the discord. discord.com/invite/join1984

This Post is from an account that no longer exists. Learn more

💬 15    🔁 3    ♡ 16    📊    🔖 ⬆️

**BayArea** @raheemjbc · Aug 3, 2022    ⌀ ⋯
#NewProfilePic

💬 17    🔁 3    ♡ 30    📊    🔖 ⬆️

🔁 BayArea reposted

**You might like**

🟦 **Stakeland** ✅ 🎴
@stakeland    **Follow**

**Mona Love**
@Dntcalmewhitgrl    **Follow**

**Umair Abbasi, CPA**
@theumairabbasi_    **Follow**

Show more

**What's happening**

**28 Years Later: The Bone Temple**    ⋯
Now playing exclusively in theatres. Get tickets now!
📽 Promoted by 28 Years Later: The Bone Temple

Trending in United States    ⋯
**#gooddaydetroit**

Trending    ⋯
**#BBMzansiS6**

Trending in United States    ⋯
**Dr. Martin Luther King**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ⋯  © 2026 X Corp.

 **Paige Vaulter** ⋯
@PaigeVault36349






# X

**Home**

**Explore**

**Notifications**

**Follow**

**Chat**

**Grok**

**Bookmarks**

**Creator Studio**

**Communities**

**X Premium**

**Profile**

**More**

**Post**

← **BayArea**
277 posts

**Follow**

♡ 4    ♡ 40    ♡ 508    ılı    🔖 ⬆

⤾ BayArea reposted
**Sahil Bloom** ✓ @SahilBloom · May 28, 2022    Ø ...
Replying to @SahilBloom
Uphill Decisions

When faced with two options, choose the one that's more difficult in the short-term.

This is called making "uphill decisions"—overriding your biological pain avoidance instinct.

It's worth it—short-term pain creates compounding long-term gain.

(h/t @naval)

♡ 8    ⤾ 84    ♡ 1K    ılı    🔖 ⬆

⤾ BayArea reposted
**Sahil Bloom** ✓ @SahilBloom · May 28, 2022    Ø ...
Replying to @SahilBloom
Most of us start with a very low base capacity for deep focus.

Rather than jump into a focused work habit with failed 90-min sprints, we can slowly build our focus muscle:

• Week 1: 30 min
• Week 2: 35 min
• Week 3: 40 min
• ...

Progressively overload your focus muscle!

♡ 3    ⤾ 55    ♡ 822    ılı    🔖 ⬆

⤾ BayArea reposted
**Sahil Bloom** ✓ @SahilBloom · May 28, 2022    Ø ...
Replying to @SahilBloom
You can effectively place people in one of the four quadrants:

Q1: World-changers (rare!)
Q2: Grinders/hustlers
Q3: Philosophers/thinkers
Q4: Dead zone

Invest heavily behind the Q1s, hire more of the Q2s, spend time with the Q3s, and avoid Q4s.

♡ 26    ⤾ 249    ♡ 1.4K    ılı    🔖 ⬆

**P** **Paige Vaulter** ...
@PaigeVault36349

---

🔍 Search

**You might like**

**Stakeland** ✓ 🏴
@stakeland
**Follow**

**Mona Love**
@Dntcalmewhitgrl
**Follow**

**Umair Abbasi, CPA**
@theumairabbasi_
**Follow**

Show more

**What's happening**

**28 Years Later: The Bone Temple** ···
Now playing exclusively in theatres. Get tickets now!
⬛ Promoted by 28 Years Later: The Bone Temple

Trending in United States ···
**#gooddaydetroit**

Trending ···
**#BBMzansiS6**

Trending in United States ···
**Dr. Martin Luther King**

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More··· © 2026 X Corp.




ocument title: (2) BayArea (@raheemjbc) / X
apture URL: https://x.com/raheemjbc
apture timestamp (UTC): Thu, 15 Jan 2026 15:35:35 GMT



Document title: (2) BayArea (@raheemjbc) / X
Capture URL: https://x.com/raheemjbc
Capture timestamp (UTC): Thu, 15 Jan 2026 15:35:35 GMT

𝕏

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Communities

Premium

Profile

More

**Post**

← **BayArea**
277 posts

**Follow**

🔍 Search

💬 21    ↻ 677    ♡ 1.9K    ▤    🔖 ⬆

↻ BayArea reposted

**Biggs Burke** @1996Biggs · Apr 30, 2022    ⊘ ⋯
Replying to @1996Biggs
If they love you, then you're always on their heart. If they hate you, then you're always on their mind.

💬 4    ↻ 99    ♡ 372    ▤    🔖 ⬆

↻ BayArea reposted

**Biggs Burke** @1996Biggs · Apr 30, 2022    ⊘ ⋯
If other people's validation is your only source of nourishment, you'll be hungry for the rest of your life.

💬 25    ↻ 660    ♡ 2K    ▤    🔖 ⬆

↻ BayArea reposted

**Biggs Burke** @1996Biggs · May 1, 2022    ⊘ ⋯
Be careful where you get information from about me. Remember they use to love me too.

💬 14    ↻ 521    ♡ 1.3K    ▤    🔖 ⬆

↻ BayArea reposted

**Biggs Burke** @1996Biggs · Apr 29, 2022    ⊘ ⋯
I see my influence, whether I get the credit or not.

💬 45    ↻ 1.9K    ♡ 4.2K    ▤    🔖 ⬆

**BayArea** @raheemjbc · Apr 30, 2022    ⊘ ⋯
I always make an effort to experience this at least once every ramadan x.com/sanafrancisco/...

You're unable to view this Post because this account owner limits who can view their Posts. Learn more

💬    ↻    ♡ 1    ▤    🔖 ⬆

↻ BayArea reposted

**Laila Al-Arian** @LailaAlarian · Dec 21, 2021    ⊘ ⋯
An Islamophobic hate group with deep ties to a foreign government's intelligence service has been found to have had at least two spies infiltrate the largest Muslim organization in the US, one for at least 14 years. I ask again: how is this not a bigger story?

💬 50    ↻ 1K    ♡ 3.7K    ▤    🔖 ⬆

↻ BayArea reposted

پدر شیدا و دل‌آرا و درویش @Afghangster · Nov 27, 2021    ⊘ ⋯
One of the things that made me fall in love with the Qur'an was the conversation that Musa علیه السلام had with Allah in the valley.

How can I not love a God who flusters his creation with a question like,

وما تلك بيمينك يا موسى؟

"Musa, what's that in your right hand?"

💬 4    ↻ 119    ♡ 446    ▤    🔖 ⬆

**BayArea** @raheemjbc · Nov 23, 2021    ⊘ ⋯
Apple VS Mossad

**Ivan Krstić** ✓ @radian · Nov 23, 2021
The steps Apple is taking today will send a clear message: in a free society, it is unacceptable to weaponize powerful state-sponsored spyware against innocent users and those who seek to make the world a better place.

💬    ↻    ♡    ▤    ⬆

Ⓟ **Paige Vaulter**    ⋯
@PaigeVault36349

### You might like

**Stakeland** ✓ 🏷
@stakeland
**Follow**

**Mona Love**
@Dntcalmewhitgrl
**Follow**

**Umair Abbasi, CPA**
@theumairabbasi_
**Follow**

Show more

### What's happening

**28 Years Later: The Bone Temple** ⋯
Now playing exclusively in theatres. Get tickets now!
▣ Promoted by 28 Years Later: The Bone Temple

Trending in United States    ⋯
**#gooddaydetroit**

Trending    ⋯
**#BBMzansiS6**

Trending in United States    ⋯
**Dr. Martin Luther King**

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ⋯ © 2026 X Corp.

ocument title: (2) BayArea (@raheemjbc) / X
apture URL: https://x.com/raheemjbc
apture timestamp (UTC): Thu, 15 Jan 2026 15:35:35 GMT



X

⌂ Home

🔍 Explore

🔔 Notifications

👤+ Follow

✉ Chat

Grok

🔖 Bookmarks

Creator Studio

👥 Communities

𝕏 Premium

👤 Profile

⋯ More

**Post**

← **BayArea**
277 posts

**Follow**

have to give you to a new family?

Her: How old are you?

Me: 24

Her: Did you know that when you turn 25, we have to give you to a new family?

💬 3          ↻ 1          ♡ 47          ılıl          🔖 ↑

↻ BayArea reposted

**Huthaifa | حذيفة** @Shack_Rat · Jul 2, 2021          Ø ⋯
With all due respect to Shaykh Al-Albani, many haven't forgotten his fatwa commanding Palestinians to migrate out of Palestine because "it's now under the rule of non-Muslims". Safe to say that the Israeli government loved that fatwa. Critique isn't slander.
t.co/HrAmgVjRBW

This post is unavailable.

💬 3          ↻ 11          ♡ 115          ılıl          🔖 ↑

**BayArea** @raheemjbc · Jun 26, 2021          Ø ⋯
A weird contradiction happening on Muslim clubhouse. People are upset there isn't unity and acknowledgment of oppression towards specific sub communities. What's their solution? Pushing identity politics. Falling victims to western narratives which only exist to demonize us.

💬          ↻          ♡          ılıl          🔖 ↑

**BayArea** @raheemjbc · Jun 17, 2021          Ø ⋯
. @Mudar_Zahran tfooooo alek

> **BayArea** @raheemjbc · Jun 17, 2021
> @Mudar_Zahran you're a fucking simp get off clubhouse and do your job you scrub.

💬          ↻          ♡          ılıl          🔖 ↑

**BayArea** @raheemjbc · May 23, 2021          Ø ⋯
He also participated in a trip to aipac, and was part of Hillel on his college campus. x.com/LongshotIbrahi...

This post is unavailable.

💬          ↻          ♡ 1          ılıl          🔖 ↑

**BayArea** @raheemjbc · May 19, 2021          Ø ⋯
Would love to see this!

> **aaron** @aaronflarin · May 18, 2021
> !! @gerrieyaki and i are still figuring out when we'll start having guests but i added your twitter handle and this tweet to our sheet!

💬          ↻          ♡ 2          ılıl          🔖 ↑

**BayArea** @raheemjbc · May 18, 2021          Ø ⋯
You're a straight up sucka and you refused to be held accountable in a Clubhouse room for the hot trash you're spewing. You're just having that ADL buddy of yours fill your ass with hot garbage as you sleep on his couch and then you come on ur social platforms and regurgitate it x.com/LupeFiasco/sta...

This post is unavailable.

🔍 Search

**You might like**

**Stakeland** ✓ 🔲
@stakeland                    **Follow**

**Mona Love**
@Dntcalmewhitgrl              **Follow**

**Umair Abbasi, CPA**
@theumairabbasi_              **Follow**

Show more

**What's happening**

**28 Years Later: The Bone Temple** ⋯
Now playing exclusively in theatres. Get tickets now!
🔲 Promoted by 28 Years Later: The Bone Temple

Trending in United States          ⋯
**#gooddaydetroit**

Trending          ⋯
**#BBMzansiS6**

Trending in United States          ⋯
**Dr. Martin Luther King**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy
Accessibility  |  Ads info  |  More ⋯  © 2026 X Corp.

P **Paige Vaulter**  ⋯
@PaigeVault36349

This post is unavailable.

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Communities

Premium

Profile

More

Post

**BayArea**
277 posts

Follow

sleep on his couch and then you come on ur social platforms and regurgitate it x.com/LupeFiasco/sta...

This post is unavailable.

💬    ↻ 1    ♡ 1    ılı    🔖 ↥

**BayArea** @raheemjbc · May 18, 2021                    ⊘ ···
You wouldn't know honesty if it slapped you across the face.

> **Arsen Ostrovsky** 🎗 ✓ @Ostrov_A · May 16, 2021
> Replying to @AOC
> Maybe they're not so extensively researched?
>
> Maybe like you, they're blinded by their Jew hatred?
> ...
>
> 💬    ↻    ♡ 2    ılı    🔖 ↥

**BayArea** @raheemjbc · May 16, 2021                    ⊘ ···
I get super uncomfortable when I read bullshit from neo liberal Muslims.

> 🙂 **asad** @sadizid · May 15, 2021
> I was a bit uncomfortable when protestors starting doing the takbeer because of this
>
> 💬    ↻    ♡ 1    ılı    🔖 ↥

**BayArea** @raheemjbc · May 16, 2021                    ⊘ ···
I get why so many people get canceled on Twitter, or because of Twitter. It's so easy to respond to the bs on here in such an unhinged way.

💬    ↻ 1    ♡ 2    ılı    🔖 ↥

**BayArea** @raheemjbc · May 13, 2021                    ⊘ ···
Okay I understand Twitter now. It's like talking to myself but everyone reads the conversation.

💬    ↻ 1    ♡ 2    ılı    🔖 ↥

**BayArea** @raheemjbc · Feb 11, 2021                    ⊘ ···
Hey how does this work again? #Clubhouse servers crashed...

💬    ↻    ♡    ılı    🔖 ↥

↻ **BayArea reposted**

**VALENCIA.** @thevalenciagaa · Jan 29, 2020                    ⊘ ···
ya know you can express your desire for companionship and still be focused, still be pursuing your goals, etc? it's weird when I say I wouldn't mind a relationship and the first thing I'm told is to love myself and focus on me LOL. who said I wasn't ?

💬 138    ↻ 28K    ♡ 108K    ılı    🔖 ↥

↻ **BayArea reposted**

**lisa** ✓ @Alythuh · Jan 24, 2020                    ⊘ ···
Got out of a 5 year relationship and decided to transform the room I shared with my ex. 🎵

Before and after.

🔍 Search

**You might like**

🟦 **Stakeland** ✓ 🔲          Follow
@stakeland

🖤 **Mona Love**          Follow
@Dntcalmewhitgrl

**Umair Abbasi, CPA**          Follow
@theumairabbasi_

Show more

**What's happening**

**28 Years Later: The Bone Temple**    ···
Now playing exclusively in theatres. Get tickets now!
🔲 Promoted by 28 Years Later: The Bone Temple

Trending in United States    ···
#gooddaydetroit

Trending    ···
#BBMzansiS6

Trending in United States    ···
**Dr. Martin Luther King**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ···   © 2026 X Corp.

**Paige Vaulter**    ···
@PaigeVault36349



# BayArea
277 posts

← BayArea · 277 posts · **Follow**

X
- ⌂ Home
- 🔍 Explore
- 🔔 Notifications
- 👤 Follow
- ✉ Chat
- Ⓖ Grok
- 🔖 Bookmarks
- Ⓐ Creator Studio
- 👥 Communities
- 𝕏 Premium
- 👤 Profile
- ⋯ More

**Post**



💬 4.8K    ⇄ 120K    ♡ 801K    📊        🔖 ⬆

⇄ BayArea reposted

**DaBaby** ✔ @DaBabyDaBaby · Jan 7, 2020    Ⓖ ⋯
If social media wasn't such a lucrative tool in the business I'm in I wouldn't even be on it.

Lost souls influenced by lost souls.

I hate to see it.

I encourage people to have the courage to find themselves without the false sense of security they search for on the internet.

💬 1.8K    ⇄ 104K    ♡ 392K    📊        🔖 ⬆

## You might like

 **Stakeland** ✔ 🏷
@stakeland    **Follow**

 **Mona Love**
@Dntcalmewhitgrl    **Follow**

 **Umair Abbasi, CPA**
@theumairabbasi_    **Follow**

Show more

## What's happening

**28 Years Later: The Bone Temple**    ⋯
Now playing exclusively in theatres. Get tickets now!
🎟 Promoted by 28 Years Later: The Bone Temple

Trending in United States    ⋯
**#gooddaydetroit**

Trending
**#BBMzansiS6**

Trending in United States    ⋯
**Dr. Martin Luther King**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ⋯   © 2026 X Corp.

 **Paige Vaulter** ⋯
@PaigeVault36349




X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Communities

Premium

Profile

More

**Post**

**BayArea**
277 posts

**Follow**

⟲ **BayArea reposted**

**DaBaby** ✓ @DaBabyDaBaby · Jan 7, 2020                     ⌀ ···
If social media wasn't such a lucrative tool in the business I'm in I wouldn't even be on it.

Lost souls influenced by lost souls.

I hate to see it.

I encourage people to have the courage to find themselves without the false sense of security they search for on the internet.

○ 1.8K          ⟲ 104K          ♡ 392K          ᴵᶸ          🔖  ⬆

🔍 Search

### You might like

**Stakeland** ✓ 🎬
@stakeland

**Follow**

**Mona Love**
@Dntcalmewhitgrl

**Follow**

**Umair Abbasi, CPA**
@theumairabbasi_

**Follow**

Show more

### What's happening

**28 Years Later: The Bone Temple**                     ···
Now playing exclusively in theatres. Get tickets now!
▶ Promoted by 28 Years Later: The Bone Temple

Trending in United States                               ···
**#gooddaydetroit**

Trending                                               ···
**#BBMzansiS6**

Trending in United States                               ···
**Dr. Martin Luther King**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ···   © 2026 X Corp.

**P** **Paige Vaulter**   ···
@PaigeVault36349

Document title: (2) BayArea (@raheemjbc) / X
Capture URL: https://x.com/raheemjbc
Capture timestamp (UTC): Thu, 15 Jan 2026 15:35:35 GMT

# Exhibit 41

10:36

**BayArea**
277 posts

**Follow**

**Posts**   Replies   Videos   Photos

⟲ **BayArea reposted**

🍉✊ **@Capitalism_hell** · 11/2/24    X

Jonathan Hirsch is a genocidal, bottom dwelling Zionist scum and should be kicked out of every public establishment not just Palestinian owned ones! Thank you Jerusalem Coffee House for kicking this hateful lunatic out.

**Henry K. Lee** @hen... · 10/29/24

Jonathan Hirsch, wearing Star of David hat, kicked out of Jerusalem Coffee House in North Oakland by owner. @oaklandpoliceca investigating whether this was hate crime. 6:30,7:15 p.m. #KTVUPlus





EXHIBIT 41
WIT: Harara
DATE: 3-27-26
CAROL NYGARD

