Michael D. Meuti (CA 227939)
David M. Hopkins (*Admitted Pro Hac Vice*)
BENESCH, FRIEDLANDER,
      COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
mmeuti@beneschlaw.com
dhopkins@beneschlaw.com

Corena G. Larimer (CA 277188)
ANTI-DEFAMATION LEAGUE
40 Court Street, Suite #12
Boston, MA 02108
Telephone: 212.885.7700
clarimer@adl.org

James Pasch (*Admitted Pro Hac Vice*)
Brendan Hogan (*Admitted Pro Hac Vice*)
ANTI-DEFAMATION LEAGUE
605 Third Avenue
New York, NY 10158
Telephone: 212.885.7700
jpasch@adl.org
bhogan@adl.org

*Attorneys for Plaintiff Michael Radice*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL RADICE,<br><br>                    Plaintiff,<br><br>          v.<br><br>JERUSALEM BOXING CLUB, LLC;<br>NATIVE GROUNDS, INC.;<br>ABDULRAHIM HARARA; DOES 1-20<br><br>                    Defendants. | Case No. 3:25-cv-02060<br><br>**[PROPOSED] ORDER GRANTING**<br>**PLAINTIFF'S MOTION FOR LEAVE**<br><br>Date: June 12, 2026<br>Time: 10:00 a.m.<br>Place: 450 Golden Gate Avenue<br>          San Francisco, CA 94102<br>Judge: Susan Illston<br><br>First Amended Complaint Filed:  04/15/2025 |

The Court, having read and considered Plaintiff's Motion for Leave and any opposition, GRANTS Plaintiff's Motion for Leave.

1.  Plaintiff's Motion to Compel (attached to the Motion for Leave as Exhibit A) is deemed submitted as of May 8, 2026.

2.  The Court shall hear argument on Plaintiff's Motion to Compel on June 12, 2026 at 10:00 a.m.

IT IS SO ORDERED.

Dated: _____

_____
United States District Judge Susan Illston

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE**
**Case No. 3:25-cv-02060**