**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL RADICE, | Case No. 3:25-cv-02060 |
| Plaintiff, | **ORDER *AS AMENDED BY THE COURT* GRANTING PLAINTIFF'S MOTION FOR LEAVE** |
| v. | |
| JERUSALEM BOXING CLUB, LLC; NATIVE GROUNDS, INC.; ABDULRAHIM HARARA; DOES 1-20 | First Amended Complaint Filed:  04/15/2025 |
| Defendants. | |

The Court, having read and considered Plaintiff's Motion for Leave and any opposition, GRANTS Plaintiff's Motion for Leave.

1. Plaintiff's Motion to Compel will be filed by **5/29/2026.**

2. The Court shall hear argument on Plaintiff's Motion to Compel on **June 26, 2026 at 10:00 a.m. on Zoom.**

IT IS SO ORDERED.

Dated: May 18, 2026

_____
United States District Judge Susan Illston