Michael D. Meuti (CA 227939)
David M. Hopkins (*Admitted Pro Hac Vice*)
BENESCH, FRIEDLANDER,
    COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
mmeuti@beneschlaw.com
dhopkins@beneschlaw.com

Corena G. Larimer (CA 277188)
ANTI-DEFAMATION LEAGUE
40 Court Street, Suite #12
Boston, MA 02108
Telephone: 212.885.7700
clarimer@adl.org

James Pasch (*Admitted Pro Hac Vice*)
Brendan Hogan (*Admitted Pro Hac Vice*)
ANTI-DEFAMATION LEAGUE
605 Third Avenue
New York, NY 10158
Telephone: 212.885.7700
jpasch@adl.org
bhogan@adl.org

*Attorneys for Plaintiff Michael Radice*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL RADICE,<br><br>                    Plaintiff,<br><br>        v.<br><br>JERUSALEM BOXING CLUB, LLC;<br>NATIVE GROUNDS, INC.;<br>ABDULRAHIM HARARA; DOES 1-20<br><br>                    Defendants. | Case No. 3:25-cv-02060<br><br>**[PROPOSED] ORDER GRANTING**<br>**PLAINTIFF'S MOTION TO COMPEL**<br><br>Date: June 26, 2026<br>Time: 10:00 a.m.<br>Place: 450 Golden Gate Avenue<br>        San Francisco, CA 94102<br>Judge: Susan Illston<br><br>First Amended Complaint Filed:  04/15/2025 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**
**Case No. 3:25-cv-02060**

The Court, having read and considered Plaintiff's Motion for Compel and any opposition, GRANTS Plaintiff's Motion for Compel.

1.  Defendant Abdulrahim Harara must engage a vendor to forensically preserve his electronic devices, cloud storage accounts, and social media accounts within seven days of this Court's order and provide an affidavit confirming the same.  Specifically, this includes:

    a.  Devices

        i.  Mr. Harara's cell phone,

        ii.  Mr. Harara's two MacBooks,

    b.  Cloud-storage accounts

        i.  Google Drive accounts associated with the email addresses abdulrahimharara@gmail.com, hello@jerusalemcoffeehouse.com, and team@jerusalemboxingclub.com

        ii.  iCloud accounts associated with the devices identified above

    c.  Social-media accounts to which Harara has sign-in access, including

        i.  Mr. Harara's Facebook account,

        ii.  the @raheemjbc X account,

        iii.  the @arahimh Instagram account,

        iv.  the @jerusalemcoffeehouse Instagram account,

        v.  the @jerusalemboxingclub Instagram account,

        vi.  the @sandgazing Instagram account,

        vii.  any Signal account to which Harara has sign-in access, and

        viii.  any WhatsApp account to which Harara has sign-in access.

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**
**Case No. 3:25-cv-02060**

2. Counsel for Defendants shall independently review all preserved ESI and documents and produce all responsive, nonprivileged ESI and documents within 21 days of this Court's Order.

IT IS SO ORDERED.

Dated: _____

_____
United States District Judge Susan Illston

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**
**Case No. 3:25-cv-02060**