Michael D. Meuti (CA 227939)
David M. Hopkins (*Admitted Pro Hac Vice*)
BENESCH, FRIEDLANDER,
    COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: 216.363.4500
mmeuti@beneschlaw.com
dhopkins@beneschlaw.com

Corena G. Larimer (CA 277188)
ANTI-DEFAMATION LEAGUE
40 Court Street, Suite #12
Boston, MA 02108
Telephone: 212.885.7700
clarimer@adl.org

James Pasch (*Admitted Pro Hac Vice*)
Brendan Hogan (*Admitted Pro Hac Vice*)
ANTI-DEFAMATION LEAGUE
605 Third Avenue
New York, NY 10158
Telephone: 212.885.7700
jpasch@adl.org
bhogan@adl.org

*Attorneys for Plaintiff Michael Radice*

JONATHAN D WALLACE
Po #728 Ny
Amagansett, NY 11930
Tel.:  (917) 359-6234
Email: Jonathan.Wallace80@gmail.com

RAMSEY JUDAH
Judah Law Group, LC
1026 W Foothill Blvd
Upland, CA 91786
Tel.: (629) 899-7667
Email: Ramsey@judahlawgroup.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

JOINT STIPULATION AND [PROPOSED] AMENDMENT TO CASE MANAGEMENT ORDER
CASE NO:  3:25-cv-02060-SI                                    1

MICHAEL RADICE,

    Plaintiff,

  v.

JERUSALEM BOXING CLUB, LLC;
NATIVE GROUNDS, INC.;
ABDULRAHIM HARARA; DOES 1-20

    Defendants.

Case No. 3:25-cv-02060-SI

Coordinated with

Case No. 3:25-cv-04849-SI

**JOINT STIPULATION AND [PROPOSED] AMENDMENT TO CASE MANAGEMENT ORDER**

The parties stipulate to and hereby request an amendment to the case management deadlines to allow full fact discovery to take place in this case. This extension reflects the first extension of the close of discovery in this matter and will apply in both of the consolidated cases.

Counsel for the United States and Plaintiff Michael Radice conferred with Defendants' counsel, and the parties have stipulated to the following proposed schedule:

| Event | Current Date | Proposed Date |
|---|---|---|
| Defendants Responses to Plaintiff's Discovery Requests Served April 17, 2026 | 5/29/2026 | 06/08/2026 |

Additionally, the parties stipulate that:

- Insofar as the Entity Defendants will seek to avoid their default, they will produce witnesses for a 30(b)(6) deposition the week of June 8, 2026; and

- Defendants will make Jerusalem Coffee House available for a site visit the week of June 8, 2026.

This joint stipulation to amend the case management order is not made for the purpose of harassment, undue delay, or any other improper purpose.

Dated: June 3, 2026

          Respectfully submitted,

          */s/ Michael D. Meuti*
          MICHAEL D. MEUTI (CA 227939)
          *Counsel for Plaintiff Michael Radice*

APPROVED

*Susan Illston*

Judge Susan Illston

/s/ *Mazen M. Basrawi (per consent*
MAZEN M. BASRAWI (CA 235475)
*Counsel for Plaintiff United States of America*


/s/  *Jonathan Wallace (per consent)*
JONATHAN WALLACE
*Counsel for Defendants*

JOINT STIPULATION AND [PROPOSED] AMENDMENT TO CASE MANAGEMENT ORDER
CASE NO:  3:25-cv-02060-SI                           3