UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL RADICE,

Plaintiff,

v.

JERUSALEM BOXING CLUB, LLC, et al.,

Defendants.

Case No. 25-cv-02060-SI
Related Action: Case No. 25-cv-04849-SI

**ORDER CONVERTING HEARING ON PLAINTIFF'S MOTION TO COMPEL INTO STATUS CONFERENCE**

Plaintiff Michael Radice's motion to compel discovery responses is set for a hearing on June 26, 2026, at 10:00 a.m. Pacific Time. The matter is fully briefed. *See* Dkt. Nos. 115, 116, 121, 123. The Court hereby **CONVERTS** the hearing to a status conference to be held over Zoom.

In their opposition, defendants request more time to comply with the discovery order and request that the Court appoint a Magistrate Judge to supervise discovery. *See* Wallace Decl. ¶ 39. Having considered the papers filed, including the declarations by counsel and the exhibits, the Court determines that much of the discovery in this case will need to be redone under the supervision of current defense counsel, who entered this case after the Court's April 7, 2026 discovery order issued.[1] Accordingly, the Court agrees with defendants that the prudent course would be referral of the motion to compel to a Magistrate Judge who can oversee discovery.

**Counsel in this case and in the related matter shall appear** at the June 26, 2026 status conference to discuss referring discovery to a Magistrate Judge and/or whether the parties in both cases would consent to a Magistrate Judge for all purposes.

---

[1] The Court issued its discovery order, Dkt. No. 99, during the period of time in which defendants were unrepresented by counsel. Prior defense counsel was released from this case on April 3, 2026. *See* Dkt. No. 98.

*See* https://cand.uscourts.gov/sites/default/files/wp-content/uploads/judges/CAND_MJ_Consent_Brochure_8.5x11_8.1.24-MMB.pdf

**IT IS SO ORDERED**.

Dated: June 23, 2026

_____

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California

2