UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL RADICE,

              Plaintiffs,

      v.

JERUSALEM BOXING CLUB, LLC, et al.,

              Defendants.

UNITED STATES OF AMERICA,

              Plaintiff,

      v.

FATHI ABDULRAHIM HARARA, et al.,

              Defendants.

Case No.  25-cv-02060-SI
25-cv-04849-SI

**FIRST AMENDED PRETRIAL PREPARATION ORDER (CIVIL)**

REFERRAL TO MAGISTRATE:  Magistrate Judge Hixson is appointed as discovery magistrate.  All hearings currently set on Judge Illston's calendar relating to discovery will need to be renoticed onto Judge Hixson's calendar.

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 8/28/2026 at 3:00 PM.
Joint Case Management Statement due: 8/21/2026

PRETRIAL PAPERWORK DUE: 9/22/2026
PRETRIAL CONFERENCE DATE: 10/6/2026 at 1:30 PM.

JURY TRIAL DATE: 10/19/2026 at 9:00 AM.
     Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 4 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

United States District Court
Northern District of California

**IT IS SO ORDERED**.

Dated: June 29, 2026

_____
SUSAN ILLSTON
United States District Judge