UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RADICE,<br><br>Plaintiff,<br><br>v.<br><br>JERUSALEM BOXING CLUB, LLC, et al.,<br><br>Defendants. | Case Nos.  25-cv-02060-SI   (TSH)<br>25-cv-04849-SI   (TSH)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FATHI ABDULRAHIM HARARA, et al.,<br><br>Defendants. | |

These related cases have been referred to the undersigned magistrate judge for all discovery.  For any pending matters at the time of referral, the Court will issue a separate order. For all future discovery-related matters, the parties must comply with the undersigned's Discovery Standing Order, available on the Court's website at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

Please direct any questions to the undersigned's Courtroom Deputy at tshcrd@cand.uscourts.gov or (415) 522-4067.

**IT IS SO ORDERED.**

Dated: June 29, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California