United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RADICE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JERUSALEM BOXING CLUB, LLC, et al.,<br><br>　　　　Defendants. | **DISCOVERY ORDER**<br><br>Case No.  25-cv-02060-SI   (TSH)<br><br><br>Re: Dkt. Nos. 122, 124 |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FATHI ABDULRAHIM HARARA,<br><br>　　　　Defendant. | Case No.  25-cv-04849-SI   (TSH)<br><br><br>Re: Dkt. No. 85 |

Upon further review, the Court **STAYS** further briefing on the pending discovery motions in both matters.  The Court **SETS** a discovery status conference for July 7, 2026 at 11:00 a.m. The Court will hold this hearing via Zoom webinar.  The link to join the Zoom hearing can be found here:  https://cand.uscourts.gov/judges/tsh/hixson-thomas-s.

**IT IS SO ORDERED.**

Dated: July 2, 2026

THOMAS S. HIXSON
United States Magistrate Judge