Michael D. Meuti (CA 227939)
David M. Hopkins (*Admitted Pro Hac Vice*)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: 216.363.4500
mmeuti@beneschlaw.com
dhopkins@beneschlaw.com

Corena G. Larimer (CA 277188)
ANTI-DEFAMATION LEAGUE
40 Court Street, Suite #12
Boston, MA 02108
Telephone: 212.885.7700
clarimer@adl.org

James Pasch (*Admitted Pro Hac Vice*)
Brendan Hogan (*Admitted Pro Hac Vice*)
ANTI-DEFAMATION LEAGUE ANTI-
DEFAMATION LEAGUE
605 Third Avenue
New York, NY 10158
Telephone: 212.885.7700
jpasch@adl.org
bhogan@adl.org

*Attorneys for Plaintiff Michael Radice*

HARMEET K. DHILLON
Assistant Attorney General
ERIC SELL
Deputy Assistant Attorney General
CARRIE PAGNUCCO
Chief, Housing and Civil Enforcement Section
AMIE S. MURPHY (NYRN 4147401)
Deputy Chief, Housing and Civil Enforcement
Section
MAZEN BASRAWI (CABN 235475)
Trial Attorney, Housing and Civil Enforcement
Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 305-1876
Fax: (202) 514-1116
Email: mazen.basrawi@usdoj.gov

*Attorneys for Plaintiff United States of America*

JONATHAN D WALLACE
Po #728 Ny
Amagansett, NY 11930
Tel.:  (917) 359-6234
Email: Jonathan.Wallace80@gmail.com

RAMSEY JUDAH
Judah Law Group, LC
1026 W Foothill Blvd
Upland, CA 91786
Tel.: (629) 899-7667
Email: Ramsey@judahlawgroup.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL RADICE,<br><br>Plaintiff,<br><br>v.<br><br>JERUSALEM BOXING CLUB, LLC; et al. | Case No.          3:25-cv-02060-SI<br>                        3:25-cv-04849-SI<br><br>**JOINT STIPULATION AND** [PROPOSED]<br>**AMENDMENT TO FIRST AMENDED**<br>**PRETRIAL PREPARATION ORDER** |

JOINT STIPULATION AND [PROPOSED] AMENDMENT TO FIRST AMENDED PRETRIAL PREPARATION ORDER
CASE NOS:  3:25-cv-02060-SI & 3:25-cv-04849-SI
1

Defendants.

(CIVIL)

UNITED STATES OF AMERICA,

Plaintiff,

v.

ABDULRAHIM FATHI HARARA and
JERUSALEM BOXING CLUB, LLC,

Defendants.



APPROVED

Judge Susan Illston

The parties to the coordinated cases stipulate to and hereby request an amendment of the current trial schedule to allow witnesses to travel to San Francisco to testify. This extension would be the second extension of the trial date in this matter and will apply in both of the coordinated cases.

Counsel for the United States and Plaintiff Michael Radice conferred with Defendants' counsel, and the parties have stipulated to the following proposed schedule:

| Event | Current Date | Proposed Date |
|---|---|---|
| Joint Case Management Statement due: 8/21/2026 | 08/21/2026 | No change |
| Further Case Management Conference | 08/28/2026 | No change |
| Pretrial Paperwork Due | 09/22/2026 | 09/29/2026 |
| Pretrial Conference | 10/6/2026 at 1:30 p.m. | 10/13/2026 at 1:30 p.m. |
| Jury Trial | 10/19/2026 at 9:00 a.m. | 10/26/2026 at 9:00 a.m. |

Dated: July 10, 2026

Respectfully submitted,

/s/ Michael D. Meuti
MICHAEL D. MEUTI (CA 227939)
*Counsel for Plaintiff Michael Radice*

JOINT STIPULATION AND [PROPOSED] AMENDMENT TO FIRST AMENDED PRETRIAL PREPARATION ORDER
CASE NOS:  3:25-cv-02060-SI & 3:25-cv-04849-SI

/s/ *Mazen M. Basrawi (w/ permission)*
MAZEN M. BASRAWI (CA 235475)
*Counsel for Plaintiff United States of America*


/s/ *Jonathan Wallace(w/ permission)*
JONATHAN WALLACE
*Counsel for Defendants*

JOINT STIPULATION AND [PROPOSED] AMENDMENT TO FIRST AMENDED PRETRIAL PREPARATION ORDER
CASE NOS:  3:25-cv-02060-SI & 3:25-cv-04849-SI

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 18th day of June 2026, the foregoing document was served on Defendants' counsel of record through the Court's CM/ECF system.

Dated: July 10, 2026                              Respectfully submitted,


/s/ *Michael D. Meuti*
MICHAEL D. MEUTI (CA 227939)
BENESCH, FRIEDLANDER,
   COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216-363-4500
mmeuti@beneschlaw.com


Attorney for Plaintiff Michael Radice

JOINT STIPULATION AND [PROPOSED] AMENDMENT TO FIRST AMENDED PRETRIAL PREPARATION ORDER
CASE NOS:  3:25-cv-02060-SI & 3:25-cv-04849-SI
4