UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL RADICE,

        Plaintiff,

    v.

JERUSALEM BOXING CLUB, LLC, et al.,

        Defendants.

Case No. 25-cv-02060-SI   (TSH)

**DISCOVERY ORDER**

Re: Dkt. Nos. 140, 141

United States District Court
Northern District of California

In ECF No. 141, the parties agreed to submit the unredacted image to the Court *in camera* for a ruling on whether the artwork at issue must be produced to Plaintiff in unredacted form. Accordingly, the Court **ORDERS** defense counsel to email the document at issue, both with and without redactions (so the Court can compare the two and see what was redacted), to TSHpo@cand.uscourts.gov no later than July 30, 2026.

In ECF No. 140, the parties have a dispute concerning Defendants' financial documents. The Court **GRANTS** Plaintiff's motion to compel **IN PART** and **DENIES** it **IN PART**. Defendants must produce documents sufficient to show their financial condition because that is relevant to Plaintiff's claim for punitive damages. However, it should not be difficult or burdensome for a coffee shop and a non-high worth individual to produce documents sufficient to show their financial condition. For the coffee shop, basic financial statements should be sufficient. For the individual, end-of-year account statements (for bank or brokerage accounts or credit cards), an income tax return, and basic documents concerning any real estate he owns and any debt he has should be sufficient. Litigants produce documents to show their financial condition all the time, and it is not burdensome to collect and produce the handful of items that are usually sufficient for this purpose. The Court **ORDERS** Defendants to produce this information

within 30 days.  If Plaintiff thinks the production is insufficient, he shall meet and confer with Defendants, and if the parties cannot resolve their dispute, they shall file a further joint discovery letter brief.

**IT IS SO ORDERED.**

Dated: July 28, 2026

_____
THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California

2