UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL RADICE,

Plaintiff,

v.

JERUSALEM BOXING CLUB, LLC, et al.,

Defendants.

Case No. 25-cv-02060-SI

**NOTICE AND ORDER RE: MEDIATION**

On July 23, 2026, the parties in this action filed a notice regarding the status of discovery disputes. Dkt. No. 141. The notice also states as follows: "Furthermore, the parties agreed in principle to request a date for court-ordered mediation to be held after discovery is completed. The parties agreed to meet and confer to discuss the prospect of mediation further." *Id.* at 4. Neither the parties in this action nor in the related action (*United States v. Harara*, Case. No. 25-cv-4849-SI) have participated in mediation or other form of alternative dispute resolution. Pretrial paperwork is due September 29, 2026. Trial is set for October 26, 2026.

This Notice is to advise the parties that if they wish to participate in a settlement conference supervised by a Magistrate Judge of this district, they will need to get on the Magistrate Judge's calendar right away. The parties should not expect to be able to complete their discovery and then to be able to schedule a settlement conference before trial is to begin. The precise timing of the settlement conference can be worked out with the parties and the assigned Magistrate Judge, taking into consideration the discovery disputes that have been referred to Magistrate Judge Hixson.

Accordingly, the Court **ORDERS the parties to file a statement no later than August 7, 2026,** regarding their mediation plans and whether they wish this case to be referred to a

Magistrate Judge for mediation.

The Clerk shall also file this Notice on the docket in the related action.

**IT IS SO ORDERED**.

Dated: July 30, 2026

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California

2