United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL RADICE,

Plaintiff,

v.

JERUSALEM BOXING CLUB, LLC, et al.,

Defendants.

Case No. 25-cv-02060-SI (TSH)

**DISCOVERY ORDER**

The Court has reviewed the image *in camera* and concludes there is no legal basis for redaction. Accordingly, the Court **ORDERS** Defendants to reproduce the document to Plaintiff without the redaction.

**IT IS SO ORDERED.**

Dated: July 31, 2026

THOMAS S. HIXSON
United States Magistrate Judge