United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL RADICE,
Plaintiff,
v.
JERUSALEM BOXING CLUB, LLC, et al.,
Defendants.

Case No. 25-cv-02060-SI

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT**

UNITED STATES OF AMERICA,
Plaintiff,
v.
FATHI ABDULRAHIM HARARA,
Defendant.

Case No. 25-cv-04849-SI

Pursuant to Civil Local Rule 72-1, these related matters are referred to

[ ] for random assignment to a United States Magistrate Judge

[X] to United States Magistrate Judge Lisa J. Cisneros to conduct a settlement conference as soon as practicable, in light of the September 29, 2026 deadline for filing of pretrial paperwork.

The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: August 12, 2026

Susan Illston

SUSAN ILLSTON
United States District Judge

*Rev. 10-18*