UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RADICE,<br>Plaintiff,<br>v.<br>JERUSALEM BOXING CLUB, LLC, et al.,<br>Defendants. | Case No. 25-cv-02060-SI (TSH)<br><br>**DISCOVERY ORDER** |

Defendants' motion for an extension of time (ECF No. 149) is **GRANTED**. The August 14, 2026 deadline is continued to August 28, 2026.

The August 18, 2026 discovery hearing in this case and 25-4849 is continued to August 31, 2026 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: August 17, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California