**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** August 28, 2026 | **Time:** 10:33 – 10:39 (6 minutes) | **Judge:** SUSAN ILLSTON |
| **Case No.**: 25-cv-02060-SI | **Case Name:** Michael Radice v. Jerusalem Boxing Club, LLC, et al. | |
| **Case No.**: 25-cv-04849-SI | **Case Name:** USA v. Harara, et al. | |

**Attorney for Plaintiff:** Michael Meuti, Corena Larimer, Mazen Baswari
**Attorney for Defendant:** Jonathan Wallace

**Deputy Clerk:** Savannah Prasad

**Court Reporter:** Zoom Recording

**PROCEEDINGS**

Further Case Management Conference – Held via Zoom webinar.

**SUMMARY**

The Court granted Plaintiff's request to extend response deadline to counter claim from 9/8/2026 to 9/22/2026.