**Jonathan Wallace, Esq.**
**PO #728**
**Amagansett, New York 11930**
**917-359-6234**
**jonathan.wallace80@gmail.com**

September 11, 2026

Hon. Susan Illston
Judge
United States District Court
Northern District of California

*By electronic filing*

*Re: Radice v. Jerusalem Boxing Club* 3:25-cv-02060
*United States v. Harara* 3:25-cv-04849

Your Honor:

I believe that I have no choice but to make a motion to withdraw as counsel for Mr. Harara due to a breakdown in communications.

I am respectfully requesting an emergency status conference with Your Honor and Plaintiffs' counsel, however, to discuss some issues regarding the impact on Mr. Harara and the management of this case, given the proximity to trial.

Sincerely,

/s/ Jonathan Wallace