Michael D. Meuti (CA 227939)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
mmeuti@beneschlaw.com

Michael Montgomery (*Admitted Pro Hac Vice*)
Peter J. Sullivan (*Admitted Pro Hac Vice*)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.6235
mmontgomery@beneschlaw.com
psullivan@beneschlaw.com

Corena G. Larimer (CA 277188)
ANTI-DEFAMATION LEAGUE
40 Court Street, Suite #12
Boston, MA 02108
Telephone: 212.885.7700
clarimer@adl.org

James Pasch (*Admitted Pro Hac Vice*)
ANTI-DEFAMATION LEAGUE
605 Third Avenue
New York, NY 10158
Telephone: 212.885.7700
jpasch@adl.org

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL RADICE,<br><br>Plaintiff,<br><br>v.<br><br>JERUSALEM BOXING CLUB, LLC;<br>NATIVE GROUNDS, INC.;<br>ABDULRAHIM HARARA; DOES 1-20<br><br>Defendants. | Case No. 3:25-cv-02060-SI;<br><br>Coordinated with<br><br>Case No. 3:25-cv-04849<br><br>**DECLARATION OF MICHAEL D. MEUTI IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MEMORANDUM IN OPPOSITION TO WAIVER OF OBJECTIONS** |

I, Michael Dominic Meuti, declare and state as follows:

1. I am over the age of 18 and am competent to make this declaration. I write this declaration in support of the Plaintiff Michael Radice's ("Plaintiff") Response to Defendant's Memorandum in Opposition to Waiver of Objections. I have personal knowledge of each fact stated in this declaration and, if called as a witness to testify, I could and would competently and truthfully testify thereto.

2. I am a partner at Benesch Friedlander Coplan and Aronoff LLP, and I am one of Plaintiff's attorneys in the above captioned matter.

3. Exhibit A to this Declaration is a true and correct copy of an email that I received from Defendants' counsel Jonathan Wallace on June 21, 2026.

4. Exhibit B to this Declaration is a true and correct copy of a document attached to the email that I received from Defendants' counsel Jonathan Wallace on July 9, 2026.

5. Exhibit C to this Declaration is a true and correct copy of the other document attached to the email that I received from Defendants' counsel Jonathan Wallace on August 8, 2026.

6. I participated in a Case Management Conference on May 15, 2026, where Counsel for Defendants suggested reopening discovery and setting a new discovery cutoff.

I declare under penalty of perjury under the law of the United States and the State of California that the foregoing statements are true and correct.

Executed this 11th day of September 2026.

/s/ *Michael D. Meuti*
Michael Dominic Meuti