**Jonathan Wallace <jonathan.wallace80@gmail.com>**

## (no subject)

**Jonathan Wallace** <jonathan.wallace80@gmail.com> Thu, Sep 3, 2026 at 5:41 PM
To: Abdulrahim Harara <abdulrahimharara@gmail.com>
Cc: Law office of Jonathan Wallace-Paralegal <wallace.paralegal@gmail.com>

We spoke with you Tuesday morning about the importance of getting the exports for your three emails, your Facebook, your Whatsapp, and your TikTok as required by a court order. This task should have taken only a few hours. We are running against a deadline of just a few days and you have not cooperated with a direct order of the court, which puts me personally at risk.

At this point, it is critical that you send us all the exports tonight. I must know that I have them before we start mediation at 8 am PST tomorrow. If you do not send the export,I will be forced to withdraw as counsel, as I cannot represent someone who does not cooperate with me or trust me and who exposes me to such personal risk.

--
Jonathan Wallace
I have no help to send, therefore I must go myself