Gmail

Jonathan Wallace <jonathan.wallace80@gmail.com>

## withdrawal

1 message

**Jonathan Wallace** <jonathan.wallace80@gmail.com> Fri, Sep 18, 2026 at 7:41 AM
To: Abdulrahim Harara <abdulrahimharara@gmail.com>

This is to confirm our several conversations in which I informed you I will be filing a motion for leave to withdraw as your counsel because of a breakdown in communications between us and because I do not at this point believe I can safely make any promises to the Court or the magistrate judge with confidence I will be able to keep them.

I will send you a copy of the motion immediately upon filing and discuss if you wish to file your own paper in response.

--
Jonathan Wallace
I have no help to send, therefore I must go myself