Ramsey Judah
Judah Law Group, LC
1026 Foothill Blvd
Upland, CA 91786
(626) 899-7667
ramsey@JudahLawGroup.com

Jonathan Wallace (Admitted Pro Hac Vice)
PO #728
Amagansett, NY 11930
(917) 359-6234
jonathan.wallace80@gmail.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**CALIFORNIA NORTHERN DISTRICT**

**OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL RADICE,<br><br>Plaintiff,<br><br>vs.<br><br>JERUSALEM BOXING CLUB, LLC, *et al*<br><br>Defendants | **Case No(s).: 3:25-cv-02060-SI and 3:25-cv-04849**<br><br>**VOLUNTARY DISMISSAL OF DEFENDANT'S COUNTERCLAIM**<br><br>**Date: September 18, 2026**<br><br>**Judge: Honorable Judge Susan Illston** |

**Dismissal of Defendant's Counterclaim**

WHEREAS, in their Answer to the United States' Amended Complaint, Defendants included a counterclaim for infringement of their First Amendment rights;

WHEREAS, the United States has not yet filed an answer or motion in response to the counterclaim;

NOW, therefore, Defendants hereby dismisses the counterclaim without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(1).

**DATED: September 18, 2026**

*/s/ Jonathan Wallace*
JONATHAN WALLACE
Attorney for Defendant
Appearance Pro Hac Vice