# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** September 25, 2026 | **Time:** 10:23 – 10:37<br>14 Minutes | **Judge:** SUSAN ILLSTON |
| **Case No.**: 25-cv-02060-SI | **Case Name:** Radice v. Jerusalem Boxing Club, LLC, et al. | |
| **Case No.**: 25-cv-04849-SI | **Case Name:** United States of America v. Harara, et al. | |

**Attorney for Plaintiff:** Michael Meuti, Corena Larimer, James Pasch (Radice); Mazen Basrawi (USA)
**Attorney for Defendant:** Jonathan Wallace and Ramsey Judah

**Deputy Clerk:** Esther Chung **Court Reporter:** April Brott

## PROCEEDINGS

Motions to Withdraw as Counsel (Dkts. 182, 117, 123) – Held via Zoom webinar

## SUMMARY

Defendant Harara was present for the hearing and stated that he had no position on the motions to withdraw. The Court granted the Motions to Withdraw for both counsel representing Defendants and vacated the Trial Date and Pretrial Paperwork deadlines.

Once the discovery motions are dealt with by Magistrate Judge Hixson the Court will take further action regarding the trial.