United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RADICE,<br>Plaintiff,<br>v.<br>JERUSALEM BOXING CLUB, LLC, et al.,<br>Defendants. | **DISCOVERY ORDER**<br>Case No. 25-cv-02060-SI (TSH)<br><br>Re: Dkt. No. 198 |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FATHI ABDULRAHIM HARARA,<br>Defendant. | Case No. 25-cv-04849-SI (TSH)<br><br>Re: Dkt. No. 134 |

Defendant's motion for an extension of time to respond to Plaintiff's sanctions motion is **DENIED**. Having said that, the original deadline to file an opposition has passed. Accordingly, Defendant may file his opposition no later than October 22, 2026.

**IT IS SO ORDERED.**

Dated: October 15, 2026

THOMAS S. HIXSON
United States Magistrate Judge